**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

MICHAEL GRECCO PRODUCTIONS, INC.,

          Plaintiff,

          v.                                          Case No.: 18-cv-00902-MN

GLOWIMAGES, INC.,

          Defendant.

## RENEWED DECLARATION OF STEVEN M. COWLEY

I, Steven M. Cowley, declare as follows:

1.      I am an attorney duly admitted to practice and in good standing in the Commonwealth of Massachusetts. I am a partner with the law firm Duane Morris LLP ("Duane Morris"), and have supervised the representation of Plaintiff Michael Grecco Productions, Inc. ("Plaintiff"), a Duane Morris client. I have been admitted pro hac vice to represent Plaintiff in this matter [ECF No. 5; and electronic order dated June 22, 2018]. I am responsible for reviewing and approving the charges on the case. I provide this declaration in support of Plaintiff's Motion For Entry of Default Judgment ("Motion"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2.      Defendant GlowImages, Inc. ("Defendant") is a corporation organized under the laws of California, and therefore not in U.S. military service.

3.      I graduated from Harvard Law School in 1989. I have been a practicing attorney for almost 30 years. A significant portion of my practice focuses primarily in intellectual property and complex commercial litigation, including copyright litigation.

4.      As the supervising and billing attorney, I chose appropriate Duane Morris personnel to work on this case. I also have also been responsible for reviewing the fees incurred in our representation of Plaintiff and I am personally aware of the services that Duane Morris has

performed in this matter. I have reviewed the time charged to this matter to ensure the time spent was reasonable for the work performed and deleted time entries and expenses that I deemed inappropriate for billing.

5.      Attached as **Exhibit A** is a true and correct copy of a "Cost Recap Summary" detailing the costs associated with Duane Morris's representation of Plaintiff in this matter, totaling $5,027.16 comprised primarily of filing fees ($450), and process server/delivery fees in connection with the multiple attempts to effect service of the Summons and Complaint and the motion to enter default ($427.80), and Westlaw fees for on-line research ($4,110.80).

6.      For purposes of tracking our time internally and seeking recovery of our fees in this motion, I have used my colleague's discounted rates as charged to clients in 2018. This matter is being handled on a contingent fee basis, but for purposes of tracking our time and identifying the reasonable billable rate for purposes of a lodestar calculation, I have used our discounted 2018 rates which are approximately 5-7% below our standard billable rates, because this client would qualify for discounted rates if we handled this matter on a billable basis. Even though some of the work on this matter occurred in 2019 and our rates have increased this year, I have calculated our fees for the purposes of this motion using the discounted rates applicable in 2018.

7.      Attached as **Exhibit B** is a true report of the time and associated fees entered by the attorneys and paralegals at Duane Morris who worked on this case. The total value of the time entered by Duane Morris attorneys and paralegals working on this matter is $29,138.00 through January 21, 2019.

8.      I have read and reviewed the time entries reported in Exhibit B, and based upon my careful review of each entry at the time of billing and input from other team members, I have determined that the time entries are fair, equitable and reasonable. I have further determined that the fee amount attributed to each entry is fair and reasonable given the work performed. I believe that these time entries fairly and accurately represent the work that was done and the time that was required to carry out that work, and the expenses which were actually incurred and

2

necessary to carry out this litigation.

9.    My preferred billing rate in 2018 was $775.00 per hour.  In my experience working on a supervising numerous copyright litigation matters over the last ten years and my general knowledge of hourly rates of other intellectual property litigation attorneys practicing in federal courts around the country, that an hourly rate of $775.00 for a partner with over twenty-five years of experience handling intellectual property cases in federal courts around the country is reasonable, and is at or below the customary hourly rates of attorneys with similar experience practicing intellectual property litigation in federal court.

10.    It was my responsibility as the supervising attorney to properly staff this case with the appropriate personnel.  To that end, I asked Karen C. Kline, a special counsel in our Boca Raton office who worked with me on a prior lawsuit for this Plaintiff against RGB Ventures, LLC d/b/a "Superstock", that we pursued to Judgment to organize and provide the information we obtained in that lawsuit concerning GlowImages, Inc.'s infringements of Plaintiff's copyrights to Neelaabh Shankar, an associate in the Boston office who, at that time, worked with me to prepare and pursue a number of copyright infringement claims for this Plaintiff and other clients.  Ms. Kline's preferred billing rate in June 2018 was $520.00 per hour.  Given her extensive work on the RGB lawsuit, Ms. Kline was in the best position to identify the claims against GlowImages that were revealed by the information obtained in that case.

11.    Mr. Shankar graduated from The George Washington University Law School in 2015, and is experienced with intellectual property litigation.  Mr. Shankar's preferred billing rate in 2018 was $445.00 per hour.  It is my opinion, based on my experience working on a supervising numerous copyright litigation matters over the last ten years and my general knowledge of hourly rates of other intellectual property litigation attorneys practicing in federal courts around the country, that an hourly rate of $445.00 for an associate capable of drafting copyright infringement pleadings is reasonable, and is at or below the customary hourly rates of attorneys with similar experience practicing intellectual property litigation in federal court.

12.     I then asked Oderah Nwaeze, a senior litigation associate in Duane Morris's Wilmington office to work with me as the principle attorney to handle the day-to-day litigation on this case.  Mr. Nwaeze graduated from Emory University School of Law in 2011, and has worked with me on a number of other copyright infringement cases over the last three years.  Mr. Nwaeze's preferred billing rate in 2018 was $535.00 per hour.  It is my opinion, based on my experience working on and supervising numerous copyright litigation matters over the last ten years and my general knowledge of hourly rates of other intellectual property litigation attorneys practicing in federal courts and around the country, that an hourly rate of $535.00 for a senior associate capable of acting as the principle attorney responsible for the day-to-day running of a copyright infringement case is reasonable, and is at or below the customary hourly rates of attorneys with similar experience practicing intellectual property litigation in federal court.

13.     Paralegals Peggy Ryan and Cintia Phillips assisted attorney Nwaeze in preparing the Complaint for filing and seeking to effect formal and informal service of the Summons and Complaint, as well as working on the motion for default.  Both Ms. Ryan's and Ms. Phillips' preferred billing rate in 2018 was $225.00 per hour.   It is my opinion, based on my experience working on a supervising numerous copyright litigation matters over the last ten years that an hourly rate of $225.00 for an experienced litigation paralegal capable of assisting in federal court litigation projects is reasonable, and is at or below the customary hourly rates of paralegals with similar experience working on intellectual property litigation matters in federal court.

14.     Duane Morris' costs and fees incurred in this case through January 21, 2019 total $34,165.16.

15.     In June 2018, I worked with Mykle Parker of Michael Grecco Productions, Inc. ("MGP") and Neel Shankar, the associate I assigned to the case, to locate and then download copies of the MGP copyrighted photographic images Ms. Parker had located on the Defendant's website.  Attorney Shankar downloaded those 1549 images and stored them in our electronic case information on June 6, 2018, pursuant to my instruction.  Thumbnail of the images downloaded and stored in our electronic case file are shown in **EXHIBIT C.**  These thumbnail

4

versions do not have the "GlowImages" watermark visible on the versions displayed by the Defendant on its website at that time, some examples of screenshots displaying those watermarks were attached to the Complaint, but not copies of all 1549 images, due to a concern about the size of such attachments. Not all 1549 of the Plaintiff's photographic images were identified by applicable Certificate of Copyright Registration and added to the Complaint. The subset that were identified by Certificate of Copyright Registration and pursued in the Complaint were the 1,329 Infringed Copyrighted Works identified at Exhibit A to the Complaint.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of September 2019, at Boston, Massachusetts.

Steven M. Cowley

EXHIBIT A

# EXHIBIT A

| Client-Matter | Date | Description | Total Costs |
|---|---|---|---|
| U3140-00012 | 6/18/2018 | INITIAL FILING FEE | $400.00 |
| U3140-00012 | 6/21/2018 | FILING FEE (PRO HAC) | $25.00 |
| U3140-00012 | 6/27/2018 | SERVICE OF PROCESS FEE | $90.00 |
| U3140-00012 | 7/9/2018 | CERTIFIED MAIL (SERVICE) | $13.45 |
| U3140-00012 | 7/10/2018 | CERTIFIED MAIL (SERVICE) | $13.45 |
| U3140-00012 | 7/17/2018 | COURIER FEES FOR FILINGS | $15.00 |
| U3140-00012 | 7/23/2018 | WESTLAW RESEARCH | $95.20 |
| U3140-00012 | 9/12/2018 | SERVICE OF PROCESS FEE | $295.90 |
| U3140-00012 | 9/17/2018 | POSTAGE | $1.63 |
| U3140-00012 | 10/11/2018 | TRANSUNION BUSINESS SEARCH FEE | $14.70 |
| U3140-00012 | 10/15/2018 | PRINTING - (COPYING) | $3.60 |
| U3140-00012 | 10/16/2018 | OVERNIGHT MAIL (SERVICE) | $28.39 |
| U3140-00012 | 10/16/2018 | CERTIFIED MAIL (SERVICE) | $15.24 |
| U3140-00012 | 10/25/2018 | WESTLAW RESEARCH | $4,015.60 |
| TOTAL EXPENSES FOR CLIENT-MATTER U3140-00012 | | | $5,027.16 |

EXHIBIT B

**DUANE MORRIS LLP**

**MICHAEL GRECCO PRODUCTIONS, INC. V. GLOWIMAGES, INC.**

**PRINTOUT OF TIME ENTRIES, RATES AND VALUE OF SERVICES**

| Client-Matter | Date | Preferred | Name | Details | Hours | Value |
|---|---|---|---|---|---|---|
| U3140-00012 | 6/1/2018 | $520.00 | KAREN C. KLINE (SPECIAL COUNSEL) | PREPARE INFORMATION REGARDING GLOW IMAGES. | 0.3 | $156.00 |
| U3140-00012 | 6/1/2018 | $445.00 | NEELAABH SHANKAR (ASSOCIATE) | REVIEW EMAIL FROM K. KLINE AND ALL ATTACHED DOCUMENTS PERTAINING TO INFORMATION REGARDING INFRINGEMENTS BY GLOWIMAGES | 1.3 | $578.50 |
| U3140-00012 | 6/6/2018 | $520.00 | KAREN C. KLINE (SPECIAL COUNSEL) | CONFER WITH N. SHANKAR REGARDING INFRINGING IMAGES AND PRIOR EVIDENCE REGARDING GLOW. | 0.5 | $260.00 |
| U3140-00012 | 6/6/2018 | $445.00 | NEELAABH SHANKAR (ASSOCIATE) | PREPARE COMPLAINT. RETRIEVE APPROXIMATELY 1550 IMAGES FROM GLOWIMAGES WEBSITE AND PROOFREAD A CHART CONTAINING ALL INFRINGING IMAGES, ALL COPYRIGHTED IMAGES; DOWNLOAD CATALOG INFORMATION FROM COPYRIGHT OFFICE CONTAINING REGISTRATION INFORMATION FOR ALL IMAGES; COMPARE ALL IMAGES FROM M. PARKER PERTAINING TO INFRINGEMENT BY GLOW IMAGES ON GRECCO FILE SERVER; PREPARE EXHIBITS CONTAINING ~1500 INFRINGING IMAGES; SEND INTERNAL EMAIL TO S. COWLEY REGARDING THE STATUS OF THE PROJECT | 6.8 | $3,026.00 |
| U3140-00012 | 6/7/2018 | $445.00 | NEELAABH SHANKAR (ASSOCIATE) | WORK WITH SECRETARIAL SERVICES TO PREPARE EXHIBIT FOR INFRINGING IMAGES AND PROOF READING THE IMAGES BEFORE SENDING IN ORDER TO IDENTIFY IMAGES THAT ARE INFRINGED AND COPYRIGHTED | 1.3 | $578.50 |
| U3140-00012 | 6/11/2018 | $445.00 | NEELAABH SHANKAR (ASSOCIATE) | PREPARE COMPLAINT AND EXHIBITS FOR THE COMPLAINT. ARRANGE AND FORMAT OVER 1600 IMAGES, CHECK THE IMAGES FOR COPYRIGHT REGISTRATION, DOWNLOAD AND ARRANGE THE COPYRIGHT REGISTRATIONS; PROOFREAD EXHIBITS AND IDENTIFY IMAGES THAT ARE NOT COPYRIGHTED | 4.7 | $2,091.50 |
| U3140-00012 | 6/14/2018 | $775.00 | STEVEN M. COWLEY (PARTNER) | REVIEW THE DOCUMENTATION SUPPORTING THE ONGOING INFRINGEMENT CLAIM AND WORK ON THE DRAFT COMPLAINT AND SUPPORTING EXHIBITS WITH N. SHANKAR. | 2 | $1,550.00 |
| U3140-00012 | 6/15/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | CALL WITH S. COWLEY REGARDING COMPLAINT AND CASE STRATEGY | 0.3 | $160.50 |
| U3140-00012 | 6/15/2018 | $775.00 | STEVEN M. COWLEY (PARTNER) | WORK ON THE COMPLAINT AND SUPPORTING DOCUMENTS. | 0.5 | $387.50 |
| U3140-00012 | 6/18/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | REVIEW AND REVISE COMPLAINT AND EXHIBITS FOR FILING; | 0.4 | $214.00 |
| U3140-00012 | 6/18/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | DRAFT CIVIL COVER SHEET AS PER COURT RULES; DRAFT SUMMONS FOR SERVICE ON DEFENDANT VIA REGISTERED AGENT; E-FILE COMPLAINT AND SUPPORTING DOCUMENTS WITH DISTRICT COURT; CIRCULATE COPY OF COURTS NEF OF NEW CASE TO COUNSEL | 1.2 | $270.00 |
| U3140-00012 | 6/19/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | DOWNLOAD NEW CASE DOCKETED FILING, SAVE, AND CIRCULATE TO COUNSEL/TEAM; PREPARE SERVICE PACKAGE AND SEND FOR SERVICE; RECEIVE RETURN OF SERVICE, FINALIZE AND E-FILE WITH COURT | 2.5 | $562.50 |
| U3140-00012 | 6/20/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | EMAIL TO/FROM S. COWLEY ET AL REGARDING JUDGE ASSIGNMENT TO CASE, DOCKETING, AND PRO HAC VICE MOTION; DRAFT PRO HAC VICE MOTION FOR S. COWLEY | 0.6 | $135.00 |
| U3140-00012 | 6/21/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | FINALIZE PRO HAC VICE MOTION FOR S. COWLEY AND E-FILE WITH COURT, DOWNLOAD AS FILED DOCUMENT, SAVE TO FILESITE, AND CIRCULATE TO COUNSEL/TEAM | 0.7 | $157.50 |
| U3140-00012 | 6/22/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | FORWARD ORDER GRANTING THE PRO HAC VICE ADMISSION OF STEVEN M. COWLEY; PREPARE THE E-NOTICING REGISTRATION FORM AND FORWARD TO S. COWLEY AND M. RANDOLPH | 0.3 | $67.50 |
| U3140-00012 | 6/26/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | RECEIVE AND REVIEW EMAIL FROM M. RANDOLPH REGARDING E-NOTICING REGISTRATION FOR S. COWLEY, SUBMIT REGISTRATION FORM TO COURT FOR S. COWLEY | 0.1 | $22.50 |

DM2:9610750.1

# DUANE MORRIS LLP

## MICHAEL GRECCO PRODUCTIONS, INC. V. GLOWIMAGES, INC.
## PRINTOUT OF TIME ENTRIES, RATES AND VALUE OF SERVICES

| Client-Matter | Date | Preferred | Name | Details | Hours | Value |
|---|---|---|---|---|---|---|
| U3140-0012 | 6/27/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | EMAIL TO S. COWLEY REGARDING CORRESPONDENCE RECEIVED FROM GLOWIMAGES' REGISTERED AGENT REGARDING REGISTERED AGENT HAS AN UNDELIVERABLE ADDRESS FOR GLOWIMAGES | 0.3 | $67.50 |
| U3140-0012 | 7/2/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | RESEARCH AND DUE DILIGENCE REGARDING SERVICE OF PROCESS ON REGISTERED AGENT IN FLORIDA; CONFERENCE WITH J. GARCIA, TRIAL PARALEGAL IN THE BOCA RATON DUANE MORRIS OFFICE REGARDING SERVICE AND PROCESS SERVER; PHONE CALL TO (VOICEMAIL) FOR FLORIDA PROCESS SERVER, LYDIA CAPLAN; EMAIL TO O. NWAEZE REGARDING SAME; PREPARE NEW SUMMONS FOR SERVICE OF COMPLAINT ON FLORIDA REGISTERED AGENT VIA PROCESS SERVER (10 DEL. C. SEC. 3104); CONFERENCE WITH DISTRICT COURT CLERK'S OFFICE AND PARCELS REGARDING PAPER FILING OF ALIAS SUMMONS TO SERVE FLORIDA REGISTERED AGENT; PREPARE ALIAS SUMMONS, EMAIL TO PARCELS FOR DELIVERY TO COURT TO SIGN AND SEAL AND RETURN; PREPARE .PDF OUTGOING SERVICE PACKAGE AND EMAIL TO PROCESS SERVER IN FLORIDA FOR SERVICE ON DEFENDANT'S FLORIDA REGISTERED AGENT | 1.9 | $427.50 |
| U3140-0012 | 7/3/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | PHONE CONFERENCE WITH CAPLAN & CAPLAN PROCESS SERVERS REGARDING SERVICE OF PROCESS ON FLORIDA REGISTERED AGENT; EMAILS TO/FROM CAPLAN & CAPLAN REGARDING SAME | 0.5 | $112.50 |
| U3140-0012 | 7/5/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | RECEIVE AND REVIEW STATUS EMAIL FROM FLORIDA PROCESS SERVER, CAPLAN, REGARDING NON EST ON REGISTERED AGENT AND INFORMATION ON PRINCIPAL PLACE OF BUSINESS; REVIEW LOCAL RULES REGARDING SERVICE AT PRINCIPAL PLACE OF BUSINESS; CONFERENCE WITH O. NWAEZE REGARDING SAME; EMAIL TO/FROM CAPLAN PROCESS SERVERS AUTHORIZING SERVICE ATTEMPT AT PRINCIPAL PLACE OF BUSINESS | 0.9 | $202.50 |
| U3140-0012 | 7/6/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | RECEIVE AND REVIEW EMAIL FROM CAPLAN REGARDING SERVICE STATUS UPDATE - NON EST AT PRINCIPAL PLACE OF BUSINESS; COMMUNICATE WITH CAPLAN REGARDING RESULTS, DETAILS, SKIP TRACE, ETC.; EMAIL TO O. NWAEZE REGARDING SAME | 0.5 | $112.50 |
| U3140-0012 | 7/9/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | CONFERENCE WITH O. NWAEZE REGARDING NON EST SERVICE ATTEMPTS AT REGISTERED AGENT AND PRINCIPAL PLACE OF BUSINESS ADDRESSES; BEGIN TO PREPARE CERTIFIED MAIL - RETURN RECEIPT REQUESTED SERVICE PACKAGE TO P.O. BOX; EMAILS TO/FROM D. CAPLAN REGARDING SKIP TRACE FOR GUSTAVO BAEZ | 0.8 | $180.00 |
| U3140-0012 | 7/10/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | EMAIL FROM CAPLAN PROCESS SERVERS REGARDING STATUS UPDATE AS TO SKIP TRACE RESULTS; CONFERENCE WITH O. NWAEZE REGARDING SAME; CONFERENCE WITH CAPLAN PROCESS SERVERS REGARDING SKIP TRACE RESULTS; EMAILS TO/FROM O. NWAEZE REGARDING DETAILS OF SKIP TRACE RESULTS AND AUTHORIZATION TO PROCEED WITH SERVICE ATTEMPTS; EMAIL TO CAPLAN PROCESS SERVERS RE SAME | 0.9 | $202.50 |

**DUANE MORRIS LLP**

**MICHAEL GRECCO PRODUCTIONS, INC. V. GLOWIMAGES, INC.**

**PRINTOUT OF TIME ENTRIES, RATES AND VALUE OF SERVICES**

| Client-Matter | Date | Preferred | Name | Details | Hours | Value |
|---|---|---|---|---|---|---|
| U3140-00012 | 7/12/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | REVIEW STATUS UPDATE EMAIL FROM CAPLAN PROCESS SERVERS; SERVICE NOT MADE - NO ANSWER AT RESIDENCE; FORWARD SAME TO O. NWAEZE; CONFERENCE WITH O. NWAEZE REGARDING SERVICE ISSUES AND ATTEMPTS; PREPARE SERVICE ATTEMPT CHRONOLOGY FOR O. NWAEZE AND S. COWLEY REFERENCE; PHONE CONFERENCE WITH CAPLAN REGARDING STATUS OF SERVICE ON LATEST REGISTRATION ADDRESS; CAPLAN REACHED OUT TO OTHER PROCESS SERVER, OBTAINED STATUS THAT WILL BE ATTEMPTED TODAY; UPDATE CHRONOLOGY AND PRINT JOB DETAILS FROM WEBSITE; EMAIL ALL TO O. NWAEZE FOR REVIEW; REVIEW SERVICE UPDATE ON 11038 NW 80TH LANE (ADDRESS WHERE G.BAEZ VEHICLE WAS REGISTERED TO IN 2018); PHONE CALL WITH BRIDIE AT CAPLAN TO CLARIFY JEEP AND TAG IN DRIVEWAY AT THIS ADDRESS IS REGISTERED OR NOT REGISTERED TO O. BAEZ - NOT; REGISTERED TO NORA ELENA PELAEZ | 2.5 | $562.50 |
| U3140-00012 | 7/13/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | REVIEW CHRONOLOGY OF SERVICE ATTEMPTS; REVIEW EMAIL CORRESPONDENCE BETWEEN P. RYAN AND ME REGARDING ATTEMPTS TO SERVE THE COMPLAINT; CALL WITH S. COWLEY REGARDING SAME; | 1 | $535.00 |
| U3140-00012 | 7/13/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | PHONE CONFERENCE WITH O. NWAEZE REGARDING SERVICE ON REGISTERED AGENT OF GLOWIMAGES; PREPARE OUTGOING, CERTIFIED MAIL - RETURN RECEIPT REQUESTED SERVICE PACKAGE ON REGISTERED AGENT ADDRESS IN DAVIE, FL; CANCEL PER O.NWAEZE COMMUNICATION WITH S. COWLEY | 0.4 | $90.00 |
| U3140-00012 | 7/18/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | REVIEW CERTIFIED MAIL - RETURN RECEIPT REQUESTED SERVICE ON REGISTERED AGENT AT POST OFFICE BOX NOTIFICATION FROM U.S. POSTAL SERVICE; EMAIL TO O. NWAEZE REGARDING SERVICE FOLLOW- UP | 0.4 | $90.00 |
| U3140-00012 | 7/23/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | RESEARCH RELATED TO COMPLETING SERVICE OF PROCESS UPON A DELAWARE COMPANY IN A FOREIGN JURISDICTION; DRAFT AND FINALIZE AFFIDAVIT OF SERVICE | 2.6 | $1,391.00 |
| U3140-00012 | 7/23/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | REVIEW SIGNED CERTIFIED MAIL RETURN RECEIPT CARD (ILLEGIBLE SIGNATURE) RECEIVED IN OUR OFFICE TODAY; CONFERENCE WITH M. HAVERTINE (DM OFFICE SERVICES) RE GARDING USPS TRACKING; REVIEW ON FRIDAY SHOWED BAEZ REFUSED PACKAGE; EMAIL UPDATE TO O. NWAEZE REGARDING SAME; EMAILS FROM/TO O. NWAEZE REGARDING AFFIDAVIT OF SERVICE AND SUPPORTING DOCUMENTS; EMAIL FROM O. NWAEZE REGARDING AFFIDAVIT OF SERVICE AND EXHIBITS; REVIEW AFFIDAVIT | 0.9 | $202.50 |
| U3140-00012 | 7/24/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | FINALIZE AND FILE AFFIDAVIT IN SUPPORT OF SERVICE OF PROCESS (WITH EXHIBITS) | 1 | $535.00 |
| U3140-00012 | 7/24/2018 | $225.00 | PEGGY A. RYAN (PARALEGAL) | EMAIL FROM O. NWAEZE REGARDING AFFIDAVIT OF SERVICE FINALIZED - NOTARY IN CHERRY HILL; REVIEW DISCOVERY AND CONTACT NOTARIES IN CHERRY HILL OFFICE; EMAIL O. NWAEZE REGARDING SAME; RECEIVE SIGNED AND NOTARIZED AFFIDAVIT FROM O. NWAEZE; PREPARE AFFIDAVIT AND EXHIBITS FOR E-FILING AND FORWARD TO O. NWAEZE FOR FINAL AUTHORIZATION; E-FILE WITH THE COURT THE AFFIDAVIT AND EXHIBITS A THROUGH C | 1.2 | $270.00 |
| U3140-00012 | 9/17/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | FINALIZE MOTION FOR DEFAULT, AFFIDAVIT, COS, AND PROPOSED ORDER, FILE, DIL, SAVE, CIRCULATE, SERVE TWO COPIES BY FIRST CLASS MAIL | 0.7 | $157.50 |
| U3140-00012 | 9/17/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | COMPLETE DRAFT OF PLAINTIFF'S MOTION FOR DEFAULT AND OTHER SUPPORTING DOCUMENTS FOR FILING WITH THE CLERK OF COURT | 3.1 | $1,658.50 |

**DUANE MORRIS LLP**
**MICHAEL GRECCO PRODUCTIONS, INC. V. GLOWIMAGES, INC.**
**PRINTOUT OF TIME ENTRIES, RATES AND VALUE OF SERVICES**

| Client-Matter | Date | Preferred | Name | Details | Hours | Value |
|---|---|---|---|---|---|---|
| U3140-00012 | 9/18/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | D/L, SAVE, CIRCULATE MOTION FOR DEFAULT, PROPOSED ORDER, COS, AND AFFIDAVIT, D/L, SAVE, CIRCULATE NOTICE OF E-FILING DOCKET TEXT ONLY: DI 7 HAS BEEN CORRECTED (MOTION FOR DEFAULT) TO REQ. FOR CLERK'S ENTRY OF DEFAULT | 0.5 | $112.50 |
| U3140-00012 | 9/20/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | REVIEW, D/L, SAVE, CIRCULATE THE DISTRICT COURT DOCKET TEXT RE: CASE REASSIGNED TO JUDGE MARYELLEN NOREIKA/ UPDATE CASE CAPTION | 0.4 | $90.00 |
| U3140-00012 | 9/28/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | REVIEW/COMPOSE EM FROM COUNSEL; PC WITH DISTRICT COURT RE: STATUS OF ORDER OF MOTION FOR DEFAULT JUDGEMENT | 0.3 | $67.50 |
| U3140-00012 | 10/4/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | D/L, SAVE, CIRCULATE E-FILING NOTICING - DI 8, CLERK'S ENTRY OF DEFAULT AGAINST GLOWIMAGES | 0.3 | $67.50 |
| U3140-00012 | 10/4/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | REVIEW CLERK'S ENTRY OF DEFAULT | 0.1 | $53.50 |
| U3140-00012 | 10/11/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | REVIEW EM FROM COUNSEL RE: SERVICE OF MOTION FOR DEFAUL ON GLOWIMAGES; REVIEW CHRONOLOGY OF THE CASE AND SERVICE PROCESS, AFFIDAVIT OF SERVICE, AND FLORIDA ANUAL REPORT, PREPARE INSTRUCTIONAL EM TO LIBRARY & RESEARCH SERVICES TO SEARCH FOR AN UP-TO-DATE ADDRESS FOR GLOWIMAGES, REVIEW RESPONSE FROM FROM LIBRARY & RESEARCH SERVICES, AND CIRCULATE TO COUNSEL | 0.7 | $157.50 |
| U3140-00012 | 10/11/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | EXCHANGE EMAILS WITH S. COWLEY REGARDING MAKING FURTHER ATTEMPTS TO SERVE DEFENDANT WITH THE MOTION FOR DEFAULT AND THE ENTRY OF DEFAULT BY THE CLERK | 0.2 | $107.00 |
| U3140-00012 | 10/16/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | PREPARE TWO COPIES OF MOTION FOR DEFAULT AGAINST GLOWIMAGES AND SUBMIT VIA CERTIFIED MAIL FOR SERVICE | 0.6 | $135.00 |
| U3140-00012 | 10/22/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | CONFERENCE WITH O. NWAEZE RE: FEDEX PACKAGE ENCLOSING MOTION FOR DEFAULT AGAINST GLOWIMAGES, MISSING SUITE #; PC FEDEX TO PROVIDE SUITE #; PC FROM FEDEX RE ATTEMPT OF DELIVERY ON OCT 23. | 0.5 | $112.50 |
| U3140-00012 | 10/24/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | RESEARCH FOR AND DRAFT MOTION FOR DEFAULT JUDGMENT | 2.8 | $1,498.00 |
| U3140-00012 | 10/25/2018 | $225.00 | CINTIA H. PHILLIPS (PARALEGAL) | PRINT FEDEX DELIVERY CONFIRMATION OF MOTION FOR DEFAULT TO GLOWIMAGES; CIRCULATE TO COUNSEL, REVIEW DC RULES ON AFFIDAVT OF SERVICE OF MOTIONS | 0.5 | $112.50 |
| U3140-00012 | 10/25/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | RESEARCH FOR AND DRAFT MOTION FOR DEFAULT JUDGMENT | 7.8 | $4,173.00 |
| U3140-00012 | 10/26/2018 | $535.00 | ODERAH NWAEZE (SENIOR ASSOCIATE) | RESEARCH FOR AND DRAFT MOTION FOR DEFAULT JUDGMENT | 4.5 | $2,407.50 |
| U3140-00012 | 12/13/2018 | $225.00 | CINTIA H. PHILLIPS | RECEIVED RETURNED PACKAGE CONTAINING ORDER FOR DEFAULT TO GRECCO, DOWNLOAD, SAVE AND CIRCULATE | 0.3 | $67.50 |
| U3140-00012 | 1/15/2019 | $775.00 | STEVEN M. COWLEY (PARTNER) | REVISE AND EDIT THE DRAFT MOTION FOR ENTRY OF DEFAULT JUDGMENT, INCLUDING REVIEW OF THE COMPLAINT AND EXHIBITS FOR INFORMATION CONCERNING THE STATUTORY DAMAGES AWARDABLE AND OUTLINE ISSUES TO ADDRESS IN SUPPORTING AFFIDAVITS (3); EXCHANGE EMAILS WITH M. GRECCO AND M. PARTKER CONCERNING THE DRAFT MOTION AND RELATED ISSUES. | 3.2 | $2,656.00 |
| U3140-00012 | 1/17/2019 | $775.00 | STEVEN M. COWLEY (PARTNER) | CONFERENCE WITH O. NWAEZE TO DISCUSS THE NEED FOR AFFIDAVITS PROVIDING INFORMATION SUPPORTING THE MOTION FOR ENTRY OF DEFAULT JUDGMENT AND RELATED ISSUES. | 0.3 | $249.00 |
| TOTALS FOR CLIENT-MATTER U3140-00012-GRECCO V. GLOW | | | | | 66.3 | $29,138.00 |

DM2 9610750.1

EXHIBIT C















**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco

Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found.

page 1 of 16 Thumbnails per page: 100

NEWPORT RI 1982 Alex von Auersperg
**Superstock**
rights managed (project-license)
4407-2456

LOS ANGELES CA APRIL 11 1988 Actre
**Superstock**
rights managed (project-license)
4407-2722

HYANNIS PORT MA AUGUST 21 Rose K
**Superstock**
rights managed (project-license)
4407-2420

LOS ANGELES April 10 Actor Billy Cryst
**Superstock**
rights managed (project-license)
4407-2718

LOS ANGELES JULY 1 Author Patti Dav
**Superstock**
rights managed (project-license)
4407-3115

1991 LOS ANGELES Musician Daniel As
**Superstock**
rights managed (project-license)
4407-3038

AUCKLAND NEW ZEALAND MAY 06 Act
**Superstock**
rights managed (project-license)
4407-3437

NEWTON MA NOVEMBER 04 Congressr
**Superstock**
rights managed (project-license)
4407-2385

LOS ANGELES SEPTEMBER 03 Actress
**Superstock**
rights managed (project-license)
4407-3414

LOS ANGELES CA APRIL 11 1988 Actor
**Superstock**
rights managed (project-license)
4407-2731

LOS ANGELES AUGUST 03 Baseball pla
**Superstock**
rights managed (project-license)
4407-3665

LOS ANGELES NOVEMBER 10 Internet
**Superstock**
rights managed (project-license)
4407-3530

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JULY 12 Actor Pierce Brc
**Superstock**
rights managed (project-license)
4407-3331

LOS ANGELES JULY 29 Loveline hosts I
**Superstock**
rights managed (project-license)
4407-3580

LOS ANGELES SEPTEMBER 16 Actress '
**Superstock**
rights managed (project-license)
4407-3634

LOS ANGELES SEPTEMBER 06 Actor Lo
**Superstock**
rights managed (project-license)
4407-2901

BOSTON 1984 Senator John Kerry and
**Superstock**
rights managed (project-license)
4407-3206

NEW YORK CIRCA 1990 Author and jou
**Superstock**
rights managed (project-license)
4407-3537

BARNSTABLE TOWN MA JULY 19 1986
**Superstock**
rights managed (project-license)
4407-2640

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3348

LOS ANGELES DATE Actor Michael Rich
**Superstock**
rights managed (project-license)
4407-3180

SANTA YNEZ CA 1990 Actor Fess Parke
**Superstock**
rights managed (project-license)
4407-2953

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3346

BOSTON 1983 Members of the band Ma
**Superstock**
rights managed (project-license)
4407-2528

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES DECEMBER 1989 Musicia
**Superstock**
rights managed (project-license)
4407-2925

LOS ANGELES JULY 31 Musician Tracy
**Superstock**
rights managed (project-license)
4407-3700

LOS ANGELES AUGUST 08 Actresses Ja
**Superstock**
rights managed (project-license)
4407-2769

BOSTON 1983 Members of the band Ma
**Superstock**
rights managed (project-license)
4407-2534

LOS ANGELES 1984 Actor Jim Belushi
**Superstock**
rights managed (project-license)
4407-2581

LOS ANGELES 1990 Record label execu
**Superstock**
rights managed (project-license)
4407-2932

LOS ANGELES OCTOBER 21 Actor Hale
**Superstock**
rights managed (project-license)
4407-3588

LOS ANGELES APRIL 02 Adult film star
**Superstock**
rights managed (project-license)
4407-3432

LOS ANGELES JANUARY 11 Talk show l
**Superstock**
rights managed (project-license)
4407-3209

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3787

LOS ANGELES SEPTEMBER 27 Baseball
**Superstock**
rights managed (project-license)
4407-3462

AUCKLAND NEW ZEALAND MAY 06 Acti
**Superstock**
rights managed (project-license)
4407-3441

LOS ANGELES JUNE 20 Members of the
**Superstock**
rights managed (project-license)
4407-3093

BOSTON CIRCA 1980 Punk band acute
**Superstock**
rights managed (project-license)
4407-2317

LOS ANGELES JUNE 18 Musician Frank
**Superstock**
rights managed (project-license)
4407-3091

**Lightbox**

Active lightbox | Shopping Cart

BOSTON CIRCA 1990 Students apply fo
**Superstock**
rights managed (project-license)
4407-2946

WEST NEWTON MA JUNE 25 L R Patricl
**Superstock**
rights managed (project-license)
4407-2561

BOSTON CIRCA 1982 Bernard Sumner
**Superstock**
rights managed (project-license)
4407-2462

BOSTON DECEMBER 14 Sen Edward M
**Superstock**
rights managed (project-license)
4407-2432

CAMBRIDGE MA DECEMBER 20 Author
**Superstock**
rights managed (project-license)
4407-2271

LOS ANGELES JULY 27 1993 Actor Bria
**Superstock**
rights managed (project-license)
4407-3189

BOSTON CIRCA 1982 Musician Peter H
**Superstock**
rights managed (project-license)
4407-2470

LOS ANGELES APRIL 10 Poor families s
**Superstock**
rights managed (project-license)
4407-2873

LOS ANGELES March 27 1998 Actress a
**Superstock**
rights managed (project-license)
4407-2714

BOSTON DECEMBER 14 Sen Edward M
**Superstock**
rights managed (project-license)
4407-2431

BOSTON CIRCA 1982 Musicians Bernar
**Superstock**
rights managed (project-license)
4407-2466

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2250

LOS ANGELES MAY 8 1989 Writer actre
**Superstock**
rights managed (project-license)
4407-2877

LOS ANGELES MARCH 24 Actress Morg
**Superstock**
rights managed (project-license)
4407-2870

LOS ANGELES OCTOBER 12 1994 Mode
**Superstock**
rights managed (project-license)
4407-3286

**Lightbox**

Active lightbox | Shopping Cart

BOSTON DECEMBER 03 Publisher and
**Superstock**
rights managed (project-license)
4407-2517

LOS ANGELES JULY 01 Divorce attorne
**Superstock**
rights managed (project-license)
4407-2999

LOS ANGELES APRIL 11 Cinematograpl
**Superstock**
rights managed (project-license)
4407-2739

LOS ANGELES JUNE 06 Actor Keanu Re
**Superstock**
rights managed (project-license)
4407-3085

LOS ANGELES MARCH 27 Actress Shar
**Superstock**
rights managed (project-license)
4407-3425

BOSTON CIRCA 1980 Punk band acute
**Superstock**
rights managed (project-license)
4407-2297

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3724

LOS ANGELES SEPTEMBER 29 Produce
**Superstock**
rights managed (project-license)
4407-3586

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3248

LOS ANGELES FEBRUARY 26 Pediatric
**Superstock**
rights managed (project-license)
4407-3066

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3267

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3638

BOSTON CIRCA 1980 Democrat Ted Ke
**Superstock**
rights managed (project-license)
4407-2339

LOS ANGELES CIRCA 1990 Actor Kelse
**Superstock**
rights managed (project-license)
4407-2974

BOSTON CIRCA 1980 Lead singer Lux
**Superstock**
rights managed (project-license)
4407-2327

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JUNE 1995 Actor Tom A
**Superstock**
rights managed (project-license)
4407-3325

LOS ANGELES JANUARY 17 Actress Bet
**Superstock**
rights managed (project-license)
4407-2981

SAN DIEGO NOVEMBER 11 Golf wear d
**Superstock**
rights managed (project-license)
4407-3769

SEABROOK NH JUNE 1978 Musician Jai
**Superstock**
rights managed (project-license)
4407-2260

LOS ANGELES JUNE 22 Want to be hea
**Superstock**
rights managed (project-license)
4407-2881

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3100

LOS ANGELES NOVEMBER 03 Ministry I
**Superstock**
rights managed (project-license)
4407-3529

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3815

LOS ANGELES JUNE 1987 Actor Adam
**Superstock**
rights managed (project-license)
4407-3004

LOS ANGELES CIRCA 1991 Chef Akash
**Superstock**
rights managed (project-license)
4407-3035

LOS ANGELES JANUARY 08 Actress Hel
**Superstock**
rights managed (project-license)
4407-3141

BOSTON CIRCA 1984 Super cross race
**Superstock**
rights managed (project-license)
4407-2580

LOS ANGELES DECEMBER 03 Male moc

NEW YORK SEPTEMBER 4 Actor Harold

LOS ANGELES 1991 Comedian Bobcat

Lightbox

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-3735

**Superstock**
rights managed (project-license)
4407-3701

**Superstock**
rights managed (project-license)
4407-3021

PROVIDENCE RI CIRCA 1982 John Ken
**Superstock**
rights managed (project-license)
4407-2471

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2782

LOS ANGELES SEPTEMBER 13 Author S
**Superstock**
rights managed (project-license)
4407-3632

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3788

SAN DIEGO NOVEMBER 11 Golf wear d
**Superstock**
rights managed (project-license)
4407-3772

BOSTON DECEMBER 03 Publisher and (
**Superstock**
rights managed (project-license)
4407-2516

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3723

LOS ANGELES MAY 1998 Actors Jerry (
**Superstock**
rights managed (project-license)
4407-3493

LOS ANGELES NOVEMBER 13 Boxer Eri
**Superstock**
rights managed (project-license)
4407-3681

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3399

LOS ANGELES NOVEMBER 1989 Radica
**Superstock**
rights managed (project-license)
4407-2917

LOS ANGELES JANUARY 27 Musician M
**Superstock**
rights managed (project-license)
4407-2834

**Lightbox**

Active lightbox | Shopping Cart

Case 1:18-cv-00902-MN   Document 14-1   Filed 09/11/19   Page 21 of 138 PageID #: 503



LOS ANGELES AUGUST 1989 Members
**Superstock**
rights managed (project-license)
4407-2886

LOS ANGELES JANUARY 28 Actor and d
**Superstock**
rights managed (project-license)
4407-3423

LOS ANGELES JUNE 07 Actor Shawn Ca
**Superstock**
rights managed (project-license)
4407-2663

NEXT

page [ ] of 16 ▶

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox        |        Shopping Cart





Michael Grecco Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found. page 2 of 16 Thumbnails per page: 100

Cambridge MA NOVEMBER 01 Compos
**Superstock**
rights managed (project-license)
4407-2270

LOS ANGELES NOVEMBER 10 Internet
**Superstock**
rights managed (project-license)
4407-3531

LOS ANGELES MARCH 08 Director Que
**Superstock**
rights managed (project-license)
4407-3306

BOSTON NOVEMBER 1988 Sign outside
**Superstock**
rights managed (project-license)
4407-2686

LOS ANGELES NOVEMBER 25 R B singe
**Superstock**
rights managed (project-license)
4407-3127

BOSTON JUNE 31 Women attend an EF
**Superstock**
rights managed (project-license)
4407-2409

LOS ANGELES 1991 Actor Steve Webb
**Superstock**
rights managed (project-license)
4407-3042

VANCOUVER MARCH 10 Actors Gillian
**Superstock**
rights managed (project-license)
4407-3311

LOS ANGELES MARCH 17 Hula hoop ex
**Superstock**
rights managed (project-license)
4407-2709

LOS ANGELES OCTOBER 20 Executive
**Superstock**
rights managed (project-license)
4407-3472

SAN FRANCISCO CIRCA 1991 Blues Gu
**Superstock**
rights managed (project-license)
4407-3052

LOS ANGELES APRIL 11 Actor and com
**Superstock**
rights managed (project-license)
4407-2734

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES SEPTEMBER 06 Pop sing
**Superstock**
rights managed (project-license)
4407-2889

LOS ANGELES JUNE 06 Actors Megan I
**Superstock**
rights managed (project-license)
4407-3607

LOS ANGELES JULY 14 Actress Kathy I
**Superstock**
rights managed (project-license)
4407-3506

NEW ORLEANS MAY 01 Father Jerome
**Superstock**
rights managed (project-license)
4407-3830

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3396

LOS ANGELES MARCH 28 Owner of Col
**Superstock**
rights managed (project-license)
4407-3825

DALLAS 1995 Olympic sprinter Michael
**Superstock**
rights managed (project-license)
4407-3294

LOS ANGELES APRIL 02 Adult film star
**Superstock**
rights managed (project-license)
4407-3430

LOS ANGELES OCTOBER 04 Actor Leon
**Superstock**
rights managed (project-license)
4407-3283

CORNING NY JUNE 22 Portrait of Corni
**Superstock**
rights managed (project-license)
4407-3796

LOS ANGELES JUNE 07 Actress Lily To
**Superstock**
rights managed (project-license)
4407-3247

LOS ANGELES MARCH 28 Owner of Col
**Superstock**
rights managed (project-license)
4407-3824

**Lightbox**

Active lightbox | Shopping Cart











SAN FRANCISCO NOVEMBER 07 Autho
**Superstock**
rights managed (project-license)
4407-3730

PROVIDENCE RHODE ISLAND JUNE 10
**Superstock**
rights managed (project-license)
4407-2629

BOSTON CIRCA 1980 Lead singer Lux I
**Superstock**
rights managed (project-license)
4407-2329

LOS ANGELES OCTOBER 13 Filmmaker
**Superstock**
rights managed (project-license)
4407-3767

LOS ANGELES CIRCA 1990 Comedian a
**Superstock**
rights managed (project-license)
4407-3017

LOS ANGELES CIRCA 1990 Actress Am
**Superstock**
rights managed (project-license)
4407-3048

LOS ANGELES FEBRUARY 24 Actor Cha
**Superstock**
rights managed (project-license)
4407-3302

LOS ANGELES MARCH 15 2000 Fighter
**Superstock**
rights managed (project-license)
4407-3597

CORNING NY JUNE 22 Portrait of Corni
**Superstock**
rights managed (project-license)
4407-3795

NEW YORK OCTOBER 02 Comedian Rol
**Superstock**
rights managed (project-license)
4407-3651

LOS ANGELES SEPTEMBER 20 Actor ar
**Superstock**
rights managed (project-license)
4407-3353

NEW HAMPSHIRE FEBRUARY 24 Senat
**Superstock**
rights managed (project-license)
4407-2589

LOS ANGELES JUNE 1988 Actress and
**Superstock**
rights managed (project-license)
4407-2753

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3253

LOS ANGELES DECEMBER 04 Actor Sta
**Superstock**
rights managed (project-license)
4407-3367

**Lightbox**

Active lightbox | Shopping Ca

LOS ANGELES SEPTEMBER 1988 Presic
**Superstock**
rights managed (project-license)
4407-2783

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2253

LOS ANGELES APRIL 02 Actress Gloria
**Superstock**
rights managed (project-license)
4407-3431

LOS ANGELES MARCH 29 NBA player S
**Superstock**
rights managed (project-license)
4407-3562

BOSTON JULY 02 Politicians Michael Du
**Superstock**
rights managed (project-license)
4407-2348

LOS ANGELES MAY 02 Singer Robert Pa
**Superstock**
rights managed (project-license)
4407-2746

LOS ANGELES 1988 President George I
**Superstock**
rights managed (project-license)
4407-2791

LOS ANGELES AUGUST 28 Unidentified
**Superstock**
rights managed (project-license)
4407-3629

LOS ANGELES JUNE 25 Actor and direc
**Superstock**
rights managed (project-license)
4407-3185

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3783

LOS ANGELES MARCH 11 Actress Shirl
**Superstock**
rights managed (project-license)
4407-3218

LOS ANGELES OCTOBER 29 Entertaine
**Superstock**
rights managed (project-license)
4407-3679

LOS ANGELES JUNE 25 Actor and direc
**Superstock**
rights managed (project-license)
4407-3183

BOSTON CIRCA 1990 Students apply fo
**Superstock**
rights managed (project-license)
4407-2969

Boston CIRCA 1980 Musician Nick Lowe
**Superstock**
rights managed (project-license)
4407-2283

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES AUGUST 19 Actor Scott
**Superstock**
rights managed (project-license)
4407-3005

LOS ANGELES APRIL 23 Basketball pla
**Superstock**
rights managed (project-license)
4407-2875

BOSTON MAY 3 1982 Newsman Henry
**Superstock**
rights managed (project-license)
4407-2495







BOSTON CIRCA 1980 Lead guitarist Po
**Superstock**
rights managed (project-license)
4407-2333

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2779

LOS ANGELES JANUARY 20 Actor Tom
**Superstock**
rights managed (project-license)
4407-2829







LOS ANGELES DECEMBER 08 LA Lakers
**Superstock**
rights managed (project-license)
4407-2820

LOS ANGELES JULY 28 Musician Brian
**Superstock**
rights managed (project-license)
4407-3337

LOS ANGELES CIRCA 1981 Musician Ac
**Superstock**
rights managed (project-license)
4407-2392







LOS ANGELES NOVEMBER 12 Director
**Superstock**
rights managed (project-license)
4407-3120

LOS ANGELES AUGUST 27 Actor Fred
**Superstock**
rights managed (project-license)
4407-3514

LOS ANGELES JULY 8 Actor Johnny Dep
**Superstock**
rights managed (project-license)
4407-3257







LOS ANGELES JANUARY 20 Actress Dia
**Superstock**
rights managed (project-license)
4407-2832

LOS ANGELES DECEMBER 1989 Actor
**Superstock**
rights managed (project-license)
4407-2922

BOSTON CIRCA 1980 Musician Elvis Co
**Superstock**
rights managed (project-license)
4407-2281

**Lightbox**

Active lightbox   |   Shopping Cart       


BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2618


LOS ANGELES OCTOBER 1989 Actor Cl
**Superstock**
rights managed (project-license)
4407-2910


LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3818




Cambridge MA NOVEMBER 01 Compose
**Superstock**
rights managed (project-license)
4407-2266


LOS ANGELES SEPTEMBER 20 Professic
**Superstock**
rights managed (project-license)
4407-3647


HOLLYWOOD OCTOBER 14 1996 Actres
**Superstock**
rights managed (project-license)
4407-3410


BOSTON 1980 Independent presidentia
**Superstock**
rights managed (project-license)
4407-2298


BOSTON FEBRUARY 1983 Wife of Edwa
**Superstock**
rights managed (project-license)
4407-2524


MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3726




LOS ANGELES OCTOBER 09 Actor Jet L
**Superstock**
rights managed (project-license)
4407-3524


NEW YORK SEPTEMBER 4 Actor Harold
**Superstock**
rights managed (project-license)
4407-3704


MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3722




HYANNIS PORT MA MAY 06 Actor Marti


FRAMINGHAM MA APRIL 01 General Mc

LOS ANGELES JUNE 11 Musician Meat I

**Lightbox**

Active lightbox      Shopping Cart





**Superstock**
rights managed (project-license)
4407-2552

**Superstock**
rights managed (project-license)
4407-2477

**Superstock**
rights managed (project-license)
4407-3503

LOS ANGELES FEBRUARY 06 An emplo
**Superstock**
rights managed (project-license)
4407-2702

LOS ANGELES DECEMBER 08 LA Laker
**Superstock**
rights managed (project-license)
4407-2819

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3619

LOS ANGELES 1991 Comedian Bobcat
**Superstock**
rights managed (project-license)
4407-3014

REDMOND WA AUGUST 14 President o
**Superstock**
rights managed (project-license)
4407-3620

BRAZIL NOVEMBER 1995 Members of t
**Superstock**
rights managed (project-license)
4407-3297

HYANNIS PORT MA AUGUST 21 Kara K
**Superstock**
rights managed (project-license)
4407-2419

LOS ANGELES MAY 25 Actor Morgan Fr
**Superstock**
rights managed (project-license)
4407-3794

LOS ANGELES FEBRUARY 19 Talk show
**Superstock**
rights managed (project-license)
4407-3591

LOS ANGELES MARCH 29 1999 Actor R
**Superstock**
rights managed (project-license)
4407-3563

Cambridge MA NOVEMBER 01 Compos
**Superstock**
rights managed (project-license)
4407-2269

LOS ANGELES FEBRUARY 22 Singer Sir
**Superstock**
rights managed (project-license)
4407-2851

**Lightbox**

Active lightbox | Shopping Cart

BOSTON 1984 Geraldine Ferraro at the
**Superstock**
rights managed (project-license)
4407-3205

LOS ANGELES JULY 23 Actor Robert W
**Superstock**
rights managed (project-license)
4407-3449

BOSTON MA CIRCA 1980 Punk rock ba
**Superstock**
rights managed (project-license)
4407-2295

NEXT

page [      ] of 16   ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox      Shopping Cart

Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco | Submit Query | Rights Managed ☑ | Royalty Free ☐ | Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found.

page 3 of 16 Thumbnails per page: 100

BOSTON 1986 Members of the band Th
**Superstock**
rights managed (project-license)
4407-2636

LOS ANGELES SEPTEMBER 06 Singer G
**Superstock**
rights managed (project-license)
4407-2894

LOS ANGELES NOVEMBER 16 Actor Lav
**Superstock**
rights managed (project-license)
4407-3193

LOS ANGELES APRIL 11 Producer Billy
**Superstock**
rights managed (project-license)
4407-2738

LOS ANGELES NOVEMBER 22 Comedia
**Superstock**
rights managed (project-license)
4407-3124

BOSTON OCTOBER 1981 Author John I
**Superstock**
rights managed (project-license)
4407-2438

LOS ANGELES AUGUST 03 Baseball pla
**Superstock**
rights managed (project-license)
4407-3666

PALM SPRINGS JUNE 1991 Mayor Sonr
**Superstock**
rights managed (project-license)
4407-3057

NEW YORK JUNE 1982 Musician Bruce
**Superstock**
rights managed (project-license)
4407-2498

LOS ANGELES DATE Actor Michael Rich
**Superstock**
rights managed (project-license)
4407-3181

NEW HAMPSHIRE FEBRUARY 24 Senat
**Superstock**
rights managed (project-license)
4407-2590

BOSTON CIRCA 1980 Members of the b
**Superstock**
rights managed (project-license)
4407-2338

**Lightbox**

Active lightbox | Shopping Cart



LOS ANGELES OCTOBER 16 Rapper Ma
**Superstock**
rights managed (project-license)
4407-2911

BOSTON July 1982 Singer Martha Davi
**Superstock**
rights managed (project-license)
4407-2452

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2371

LOS ANGELES JULY 22 Heavy Metal mu
**Superstock**
rights managed (project-license)
4407-2885

LOS ANGELES OCTOBER 29 Entertaine
**Superstock**
rights managed (project-license)
4407-3677

LOS ANGELES OCTOBER 29 TV and rac
**Superstock**
rights managed (project-license)
4407-3412

LOS ANGELES AUGUST 28 Writers Paul
**Superstock**
rights managed (project-license)
4407-2777

DALLAS 1995 Olympic sprinter Michael
**Superstock**
rights managed (project-license)
4407-3296

LOS ANGELES OCTOBER 11 Musician D
**Superstock**
rights managed (project-license)
4407-2682

WESTCHESTER PA JUNE 29 QVC presic
**Superstock**
rights managed (project-license)
4407-3186

LOS ANGELES APRIL 08 Actress Marlee
**Superstock**
rights managed (project-license)
4407-2347

LOS ANGELES FEBRUARY 21 Actor Ada
**Superstock**
rights managed (project-license)
4407-3595

**Lightbox**

Active lightbox | Shopping Cart







LOS ANGELES MARCH 11 Director Johr
**Superstock**
rights managed (project-license)
4407-3144

WEST NEWTON MA JUNE 25 Sen Edwa
**Superstock**
rights managed (project-license)
4407-2562

LOS ANGELES 1990 Director Warringto
**Superstock**
rights managed (project-license)
4407-2950

NEW YORK JUNE 1982 Singer Joan Bae
**Superstock**
rights managed (project-license)
4407-2499

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3545

LOS ANGELES SEPTEMBER 07 Martin G
**Superstock**
rights managed (project-license)
4407-2809

LOS ANGELES OCTOBER 09 Actor Jet L
**Superstock**
rights managed (project-license)
4407-3523

FOXBORO MA SEPTEMBER 15 Pop mus
**Superstock**
rights managed (project-license)
4407-2575

BOSTON CIRCA 1982 Members of the I
**Superstock**
rights managed (project-license)
4407-2446

LOS ANGELES CIRCA 1990 Actor Matt I
**Superstock**
rights managed (project-license)
4407-2960

BOSTON SEPTEMBER 1981 Members o
**Superstock**
rights managed (project-license)
4407-2425

BOSTON CIRCA 1980 Politician Daniel I
**Superstock**
rights managed (project-license)
4407-2280

LOS ANGELES CIRCA 1990 Celebrity Je
**Superstock**
rights managed (project-license)
4407-2971

BEAVER CREEK CO NOVEMBER 14 Olyr
**Superstock**
rights managed (project-license)
4407-3475

LOS ANGELES OCTOBER 1989 Actor Cl
**Superstock**
rights managed (project-license)
4407-2908

**Lightbox**

Active lightbox | Shopping Cart

PROVIDENCE RI CIRCA 1982 John Ken
**Superstock**
rights managed (project-license)
4407-2465

BOSTON CIRCA 1980 Members of the I
**Superstock**
rights managed (project-license)
4407-2331

LOS ANGELES SEPTEMBER 07 Actress
**Superstock**
rights managed (project-license)
4407-2796

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3789

LOS ANGELES JUNE 18 Musician Frank
**Superstock**
rights managed (project-license)
4407-3092

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3344

LOS ANGELES FEBRUARY 22 Musician I
**Superstock**
rights managed (project-license)
4407-2856

SAN FRANCISCO APRIL 15 Linux creato
**Superstock**
rights managed (project-license)
4407-3752

SAN DIEGO APRIL 3 Biotech researche
**Superstock**
rights managed (project-license)
4407-3750

FLANDERS NJ NOVEMBER 1982 Musicia
**Superstock**
rights managed (project-license)
4407-2467

LOS ANGELES CIRCA 1991 Actor and c
**Superstock**
rights managed (project-license)
4407-3026

LAS VEGAS FEBRUARY 15 Actor John C
**Superstock**
rights managed (project-license)
4407-3835

LOS ANGELES CIRCA 1993 WriterDirec
**Superstock**
rights managed (project-license)
4407-3169

LOS ANGELES 1992 Director Bob Rafel
**Superstock**
rights managed (project-license)
4407-3134

LOS ANGELES JANUARY 03 Talk show I
**Superstock**
rights managed (project-license)
4407-3371

Lightbox

Active lightbox    Shopping Cart





LOS ANGELES NOVEMBER 22 Comedia
**Superstock**
rights managed (project-license)
4407-3122

LOS ANGELES FEBRUARY 22 Singer an
**Superstock**
rights managed (project-license)
4407-2861

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2617

LOS ANGELES MAY 19 Writer and prod
**Superstock**
rights managed (project-license)
4407-3079

STOCKTON CA JUNE 22 Band members
**Superstock**
rights managed (project-license)
4407-3104

OCTOBER 20 2002 LOS ANGELES Actor
**Superstock**
rights managed (project-license)
4407-3705

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2490

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3345

VANCOUVER MARCH 10 Actors Gillian
**Superstock**
rights managed (project-license)
4407-3310

LOS ANGELES MARCH 19 Actress Janea
**Superstock**
rights managed (project-license)
4407-3383

HILLSBOROUGH OR OCTOBER 25 Profe
**Superstock**
rights managed (project-license)
4407-2810

LOS ANGELES OCTOBER 09 Actor Jet L
**Superstock**
rights managed (project-license)
4407-3522

BOSTON 1983 Stuart Adamson of the I
**Superstock**
rights managed (project-license)
4407-2522

BOSTON CIRCA 1980 Members of the I
**Superstock**
rights managed (project-license)
4407-2342

LOS ANGELES CA APRIL 11 1988 Actor
**Superstock**
rights managed (project-license)
4407-2730

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES NOVEMBER 28 Author M
**Superstock**
rights managed (project-license)
4407-2921

TEMPE AZ FEBRUARY 22 Presidential c.
**Superstock**
rights managed (project-license)
4407-3377

BOSTON CIRCA 1980 Evangelist Billy G
**Superstock**
rights managed (project-license)
4407-2305

LOS ANGELES APRIL 13 Comedian Arte
**Superstock**
rights managed (project-license)
4407-3073

BOSTON CIRCA 1980 Opera singer Luc
**Superstock**
rights managed (project-license)
4407-2319

LOS ANGELES 1994 Author Walter Mos
**Superstock**
rights managed (project-license)
4407-3222

LOS ANGELES APRIL 07 Actor John C M
**Superstock**
rights managed (project-license)
4407-3790

SOUTH YARMOUTH MA 1981 Musician
**Superstock**
rights managed (project-license)
4407-2389

LOS ANGELES MAY 03 Actor Andy Gard
**Superstock**
rights managed (project-license)
4407-3434

LOS ANGELES JULY 1 Author Patti Davi
**Superstock**
rights managed (project-license)
4407-3114

BOSTON MA CIRCA 1980 Punk rock ba
**Superstock**
rights managed (project-license)
4407-2325

LOS ANGELES NOVEMBER 1989 Radica
**Superstock**
rights managed (project-license)
4407-2916

ORLANDO CIRCA 1994 A red Lamborgh

CAMBRIDGE MA AUGUST 27 Director S

SAN DIEGO NOVEMBER 11 Golf wear d

**Lightbox**

Active lightbox    |    Shopping Cart



**Superstock**
rights managed (project-license)
4407-3203

**Superstock**
rights managed (project-license)
4407-2421

**Superstock**
rights managed (project-license)
4407-3773

LOS ANGELES JULY 12 Director and ac
**Superstock**
rights managed (project-license)
4407-3117

BOSTON OCTOBER 24 Saxophonist So
**Superstock**
rights managed (project-license)
4407-2265

BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2508

Boston CIRCA 1980 Musician Nick Lowe
**Superstock**
rights managed (project-license)
4407-2301

LOS ANGELES JULY 1 Author Patti Dav
**Superstock**
rights managed (project-license)
4407-3111

SAN FRANCISCO NOVEMBER 07 2002 /
**Superstock**
rights managed (project-license)
4407-3732

LOS ANGELES FEBRUARY 22 Musician I
**Superstock**
rights managed (project-license)
4407-2867

WEST NEWTON MA JUNE 25 L R Edwar
**Superstock**
rights managed (project-license)
4407-2568

LOS ANGELES MARCH 05 Actor Val Kilr
**Superstock**
rights managed (project-license)
4407-2747

WEST NEWTON MA JUNE 25 Patrick Ke
**Superstock**
rights managed (project-license)
4407-2563

BRAZIL NOVEMBER 1995 Members of t
**Superstock**
rights managed (project-license)
4407-3299

SAN ANTONIO July 01 Country musicia
**Superstock**
rights managed (project-license)
4407-3445

**Lightbox**

Active lightbox | Shopping Cart

BOSTON FEBRUARY 28 Politician Gary
**Superstock**
rights managed (project-license)
4407-2594

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2370

BOSTON MARCH 13 Democratic preside
**Superstock**
rights managed (project-license)
4407-2597

NEXT

page ____ of 16  ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox    |    Shopping Cart

Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco

Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found.

page 4 of 16 Thumbnails per page: 100

SOUTH YARMOUTH MA 1981 Musician :
**Superstock**
rights managed (project-license)
4407-2399

LOS ANGELES MAY 25 Actor Jack Lemr
**Superstock**
rights managed (project-license)
4407-2993

LOS ANGELES FEBRUARY 22 Singer Va
**Superstock**
rights managed (project-license)
4407-2858

VANCOUVER MARCH 10 Actor David Du
**Superstock**
rights managed (project-license)
4407-3308

LOS ANGELES DECEMBER 04 Actor Tin
**Superstock**
rights managed (project-license)
4407-3159

LOS ANGELES SEPTEMBER 1988 Vice F
**Superstock**
rights managed (project-license)
4407-2792

TORONTO OCTOBER 01 Owner of the t
**Superstock**
rights managed (project-license)
4407-3463

LOS ANGELES APRIL 23 Basketball pla
**Superstock**
rights managed (project-license)
4407-2874

BOSTON CIRCA 1980 Musician Elvis Co
**Superstock**
rights managed (project-license)
4407-2322

LOS ANGELES SEPTEMBER 13 Author S
**Superstock**
rights managed (project-license)
4407-3631

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2363

LOS ANGELES SEPTEMBER 6 Comediar
**Superstock**
rights managed (project-license)
4407-2897

**Lightbox**

Active lightbox | Shopping Cart









LOS ANGELES APRIL 07 Actor John C M
**Superstock**
rights managed (project-license)
4407-3792

LOS ANGELES MARCH 8 Model poses w
**Superstock**
rights managed (project-license)
4407-3780

WRIGHTSVILLE BEACH NC JULY 01 Act
**Superstock**
rights managed (project-license)
4407-2666

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3718

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2368

BOSTON JULY 04 Composer John Willia
**Superstock**
rights managed (project-license)
4407-2352

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3347

LOS ANGELES MARCH 11 Director Johr
**Superstock**
rights managed (project-license)
4407-3145

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2610

LOS ANGELES SEPTEMBER 1988 Vice F
**Superstock**
rights managed (project-license)
4407-2789

LOS ANGELES SEPTEMBER 20 Actor ar
**Superstock**
rights managed (project-license)
4407-3355

LOS ANGELES JULY 12 Director and ac
**Superstock**
rights managed (project-license)
4407-3116

Lightbox

Active lightbox | Shopping C

EAST PROVIDENCE RI JANUARY 1981 I
**Superstock**
rights managed (project-license)
4407-2388

LOS ANGELES FEBRUARY 02 Psychede
**Superstock**
rights managed (project-license)
4407-3374

BOSTON SEPTEMBER 1981 Lead singer
**Superstock**
rights managed (project-license)
4407-2424

LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3693

LOS ANGELES SEPTEMBER 06 Actor Lo
**Superstock**
rights managed (project-license)
4407-2902

LOS ANGELES MAY 21 Actress Leah Re
**Superstock**
rights managed (project-license)
4407-3569

LOS ANGELES OCTOBER 22 Producer a
**Superstock**
rights managed (project-license)
4407-2685

NEWPORT BEACH CA JUNE 16 Sports a
**Superstock**
rights managed (project-license)
4407-2996

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3268

VANCOUVER JULY 21 Actress Charlotte
**Superstock**
rights managed (project-license)
4407-3609

NEW YORK SEPTEMBER 4 Actor Harold
**Superstock**
rights managed (project-license)
4407-3702

LOS ANGELES APRIL 4 1992 Actors Joh
**Superstock**
rights managed (project-license)
4407-3148

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3633

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3712

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3719

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES AUGUST 15 Film produc
**Superstock**
rights managed (project-license)
4407-3757

Cambridge MA NOVEMBER 01 Compos
**Superstock**
rights managed (project-license)
4407-2267

LOS ANGELES SEPTEMBER 4 1997 Dee
**Superstock**
rights managed (project-license)
4407-3456

LOS ANGELES JULY 29 Loveline host D
**Superstock**
rights managed (project-license)
4407-3578

LOS ANGELES JULY 23 Actor Robert W
**Superstock**
rights managed (project-license)
4407-3450

NC JULY 1987 Actress Colleen Camp pl
**Superstock**
rights managed (project-license)
4407-2665

SAN ANTONIO July 01 Country musicia
**Superstock**
rights managed (project-license)
4407-3444

LONG BEACH APRIL 15 1999 Formula (
**Superstock**
rights managed (project-license)
4407-3566

NEW LONDON CT 1978 Members of the
**Superstock**
rights managed (project-license)
4407-2246

PROVIDENCE RI APRIL 1982 Journalist
**Superstock**
rights managed (project-license)
4407-2448

FLANDERS NJ NOVEMBER 1982 Musici
**Superstock**
rights managed (project-license)
4407-2513

LOS ANGELES MAY 25 Actor Jack Lemr
**Superstock**
rights managed (project-license)
4407-2994

LOS ANGELES CIRCA 1990 Model and /
**Superstock**
rights managed (project-license)
4407-3025

LOS ANGELES MAY 11 Actor Kenneth E
**Superstock**
rights managed (project-license)
4407-3075

LOS ANGELES SEPTEMBER 06 Member
**Superstock**
rights managed (project-license)
4407-2899

Lightbox

Active lightbox   Shopping Cart

Case 1:18-cv-00902-MN    Document 14-1    Filed 09/11/19    Page 42 of 138 PageID #: 524





BOSTON CIRCA 1980 Musician Elvis Co
**Superstock**
rights managed (project-license)
4407-2326

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3275

ORLANDO FEBRUARY 15 Catcher for th
**Superstock**
rights managed (project-license)
4407-3216

   





LOS ANGELES MAY 03 Actor Andy Gard
**Superstock**
rights managed (project-license)
4407-3436

HOLMBY HILLS CA MARCH 5 Actress Lu
**Superstock**
rights managed (project-license)
4407-3555

LOS ANGELES MARCH 19 Actor Patrick
**Superstock**
rights managed (project-license)
4407-2713

   





LOS ANGELES JANUARY 1992 Actress (
**Superstock**
rights managed (project-license)
4407-3135

LOS ANGELES AUGUST 28 Cast and cr
**Superstock**
rights managed (project-license)
4407-2776

BOSTON CIRCA 1982 Singer songwrite
**Superstock**
rights managed (project-license)
4407-2450

     





NEW YORK FEBRUARY 05 Radio person
**Superstock**
rights managed (project-license)
4407-3689

ATLANTIC CITY NJ JULY 21 Entertainer
**Superstock**
rights managed (project-license)
4407-2765

NEW ORLEANS MAY 01 Father Jerome
**Superstock**
rights managed (project-license)
4407-3829

 




LOS ANGELES FEBRUARY 06 An emplo
**Superstock**
rights managed (project-license)
4407-2699

LOS ANGELES JULY 29 Radio talk show
**Superstock**
rights managed (project-license)
4407-3582

MIAMI AUGUST 26 Actress Zooey Desc
**Superstock**
rights managed (project-license)
4407-3626



Active lightbox    |    Shopping Cart                 







WILMINGTON NC 1990 Actor Gary Oldı
**Superstock**
rights managed (project-license)
4407-2947

MIAMI AUGUST 26 2000 Actress Rene
**Superstock**
rights managed (project-license)
4407-3628

LOS ANGELES FEBRUARY 1989 Singer
**Superstock**
rights managed (project-license)
4407-2823

LOS ANGELES DECEMBER 1989 Actor F
**Superstock**
rights managed (project-license)
4407-2924

PALM SPRINGS JUNE 1991 Mayor Sonr
**Superstock**
rights managed (project-license)
4407-3030

LOS ANGELES MAY 05 Basketball leger
**Superstock**
rights managed (project-license)
4407-3495

LEO CARILLO STATE PARK CA OCTOBE
**Superstock**
rights managed (project-license)
4407-3356

BOSTON CIRCA 1981 Singers Deborah
**Superstock**
rights managed (project-license)
4407-2402

LOS ANGELES MARCH 12 Actor Kevin F
**Superstock**
rights managed (project-license)
4407-3071

LOS ANGELES MAY 17 Architect Frank
**Superstock**
rights managed (project-license)
4407-3231

LOS ANGELES DECEMBER 23 Singer Pa
**Superstock**
rights managed (project-license)
4407-3164

LOS ANGELES APRIL 10 Actor David Ha
**Superstock**
rights managed (project-license)
4407-3384

LOS ANGELES JANUARY 09 Comedian (

LOS ANGELES FEBRUARY 27 Actress D

LAS VEGAS JULY 7 Author humorist an

Lightbox

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-2828

**Superstock**
rights managed (project-license)
4407-2987

**Superstock**
rights managed (project-license)
4407-2761

LOS ANGELES JUNE 07 President Geor
**Superstock**
rights managed (project-license)
4407-2760

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3781

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3341

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2245

BOSTON MA CIRCA 1980 Punk rock ba
**Superstock**
rights managed (project-license)
4407-2328

LOS ANGELES JULY 22 Heavy Metal mu
**Superstock**
rights managed (project-license)
4407-2883

LOS ANGELES DECEMBER 19 1998 Act
**Superstock**
rights managed (project-license)
4407-3534

SEATTLE AUGUST 16 Basketball player
**Superstock**
rights managed (project-license)
4407-3812

LOS ANGELES APRIL 10 Variety columr
**Superstock**
rights managed (project-license)
4407-2721

LOS ANGELES APRIL 26 Actress Helen
**Superstock**
rights managed (project-license)
4407-3389

SAN DIEGO NOVEMBER 11 2003 Golfe
**Superstock**
rights managed (project-license)
4407-3771

LAKE ARROWHEAD CA SEPTEMBER 23
**Superstock**
rights managed (project-license)
4407-3520

**Lightbox**

Active lightbox | Shopping Ca

LOS ANGELES JULY 12 Actor Pierce Bro
**Superstock**
rights managed (project-license)
4407-3333

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2652

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3716

NEXT

page [      ] of 16    ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart



Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found. page 5 of 16 Thumbnails per page: 100

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2740

BOSTON DECEMBER 14 Sen Edward M
**Superstock**
rights managed (project-license)
4407-2433

LOS ANGELES JANUARY 20 Actress Dia
**Superstock**
rights managed (project-license)
4407-2833

LOS ANGELES FEBRUARY 08 Actor Fre
**Superstock**
rights managed (project-license)
4407-3214

BOSTON 1983 Members of the band D
**Superstock**
rights managed (project-license)
4407-2535

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3259

LOS ANGELES AUGUST 1989 Members
**Superstock**
rights managed (project-license)
4407-2887

LOS ANGELES FEBRUARY 26 Comediar
**Superstock**
rights managed (project-license)
4407-3067

LOS ANGELES CIRCA 1990 Portrait of a
**Superstock**
rights managed (project-license)
4407-2936

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3539

NEW YORK JUNE 25 Singer Jane Monh
**Superstock**
rights managed (project-license)
4407-3801

LOS ANGELES AUGUST 19 Actor Scott
**Superstock**
rights managed (project-license)
4407-3003

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3274

LOS ANGELES JULY 25 Actress Mary Ka
**Superstock**
rights managed (project-license)
4407-3508

LOS ANGELES 1987 Musician Bob Geld
**Superstock**
rights managed (project-license)
4407-2643

LOS ANGELES NOVEMBER 20 Actors Ke
**Superstock**
rights managed (project-license)
4407-3657

LOS ANGELES JULY 01 Divorce attorne
**Superstock**
rights managed (project-license)
4407-3000

HONDURAS MAY 04 Individuals in a ret
**Superstock**
rights managed (project-license)
4407-3226

LOS ANGELES MARCH 27 Actor Patrick
**Superstock**
rights managed (project-license)
4407-3147

LOS ANGELES SEPTEMBER 03 Actress
**Superstock**
rights managed (project-license)
4407-3417

LOS ANGELES MAY 17 Actress Pamela
**Superstock**
rights managed (project-license)
4407-3236

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2356

LOS ANGELES JUNE 28 Actors Jason Pr
**Superstock**
rights managed (project-license)
4407-3108

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3101

**Lightbox**

Active lightbox | Shopping Cart









HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2357

LOS ANGELES JUNE 30 Actress Teri Ha
**Superstock**
rights managed (project-license)
4407-3403

BOSTON FEBRUARY 15 Senator Howar
**Superstock**
rights managed (project-license)
4407-2255

NEW YORK OCTOBER 27 Musician Chri
**Superstock**
rights managed (project-license)
4407-3527

BOSTON CIRCA 1983 Stuart Adamson
**Superstock**
rights managed (project-license)
4407-2539

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2252

LOS ANGELES JANUARY 08 Actress Hel
**Superstock**
rights managed (project-license)
4407-3139

SOUTH YARMOUTH MA 1981 Musician .
**Superstock**
rights managed (project-license)
4407-2395

FRESNO CA OCTOBER 20 2001 Athlete
**Superstock**
rights managed (project-license)
4407-3667

BOSTON OCTOBER 24 Saxophonist So
**Superstock**
rights managed (project-license)
4407-2263

HILLSBOROUGH OR OCTOBER 25 Profe
**Superstock**
rights managed (project-license)
4407-2813

LOS ANGELES FEBRUARY 22 Heavy me
**Superstock**
rights managed (project-license)
4407-2857

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3819

LOS ANGELES NOVEMBER 10 Internet
**Superstock**
rights managed (project-license)
4407-3532

SANTA MONICA JULY 21 1999 Comedia
**Superstock**
rights managed (project-license)
4407-3572

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES OCTOBER 1989 Actor Cl
**Superstock**
rights managed (project-license)
4407-2909

LOS ANGELES 1988 President George I
**Superstock**
rights managed (project-license)
4407-2793

LOS ANGELES FEBRUARY 22 Singer Na
**Superstock**
rights managed (project-license)
4407-2865

BOSTON JANUARY 23 World Airways D
**Superstock**
rights managed (project-license)
4407-2473

FRESNO CA OCTOBER 20 California Sta
**Superstock**
rights managed (project-license)
4407-3670

LOS ANGELES DECEMBER 08 LA Lakers
**Superstock**
rights managed (project-license)
4407-2821

LOS ANGELES SEPTEMBER 03 Actress .
**Superstock**
rights managed (project-license)
4407-3415

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2360

BOSTON 1980 Members of the band th
**Superstock**
rights managed (project-license)
4407-2308

REDMOND WA MARCH 13 Microsoft sig
**Superstock**
rights managed (project-license)
4407-3381

BOSTON CIRCA 1980 Opera singer Luc
**Superstock**
rights managed (project-license)
4407-2277

LOS ANGELES SEPTEMBER 06 Actor An
**Superstock**
rights managed (project-license)
4407-2896

NEW YORK APRIL 25 Family of the futu
**Superstock**
rights managed (project-license)
4407-3603

LOS ANGELES FEBRUARY 22 Singer an
**Superstock**
rights managed (project-license)
4407-2850

LOS ANGELES SEPTEMBER 20 Actor an
**Superstock**
rights managed (project-license)
4407-3350

**Lightbox**

Active lightbox | Shopping C

LOS ANGELES MAY 09 Film director Mic
**Superstock**
rights managed (project-license)
4407-3498

LOS ANGELES SEPTEMBER 06 1990 Ac
**Superstock**
rights managed (project-license)
4407-3013

LOS ANGELES MARCH 17 Hula hoop ex
**Superstock**
rights managed (project-license)
4407-2710

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2616

LOS ANGLES JULY 18 Producer Robert
**Superstock**
rights managed (project-license)
4407-3260

LOS ANGELES MAY 17 Actress Pamela
**Superstock**
rights managed (project-license)
4407-3234

BOSTON JANUARY 1981 Ramones lead
**Superstock**
rights managed (project-license)
4407-2396

BOSTON MAY 01 1985 Democratic can
**Superstock**
rights managed (project-license)
4407-2627

LOS ANGELES APRIL 11 Actor David Sc
**Superstock**
rights managed (project-license)
4407-3319

LOS ANGELES DATE Comedian Phyllis I
**Superstock**
rights managed (project-license)
4407-3517

LOS ANGELES MAY 17 Architect Frank
**Superstock**
rights managed (project-license)
4407-3229

LOS ANGELES FEBRUARY 06 An emplo
**Superstock**
rights managed (project-license)
4407-2701

LOS ANGELES FEBRUARY 1989 Musicia
**Superstock**
rights managed (project-license)
4407-2825

LOS ANGELES SEPTEMBER 05 Actress
**Superstock**
rights managed (project-license)
4407-3011

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2248

Lightbox

Active lightbox    Shopping Cart







LOS ANGELES NOVEMBER 13 Boxers L
**Superstock**
rights managed (project-license)
4407-3686

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3542

LOS ANGELES APRIL 13 Comedian Arte
**Superstock**
rights managed (project-license)
4407-3072

LOS ANGELES JULY 14 Actress Kathy N
**Superstock**
rights managed (project-license)
4407-3505

LOS ANGELES MARCH 23 Actor Jake St
**Superstock**
rights managed (project-license)
4407-2997

LOS ANGELES CIRCA 1982 Musician Do
**Superstock**
rights managed (project-license)
4407-2451

LOS ANGELES CIRCA 1990 Actress Vict
**Superstock**
rights managed (project-license)
4407-3046

LOS ANGELES JUNE 07 Actress Glenne
**Superstock**
rights managed (project-license)
4407-3246

LOS ANGELES JUNE 18 Musician Frank
**Superstock**
rights managed (project-license)
4407-3090

LOS ANGELES JULY 01 Actor Paul Reise
**Superstock**
rights managed (project-license)
4407-3113

LOS ANGELES DECEMBER 1988 Actres
**Superstock**
rights managed (project-license)
4407-2816

LOS ANGELES SEPTEMBER 20 Professic
**Superstock**
rights managed (project-license)
4407-3646

LOS ANGELES APRIL 4 Actors Rhea Per

LOS ANGELES MAY 25 Members of the

LOS ANGELES SEPTEMBER 06 Singer G

**Lightbox**

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-3150

**Superstock**
rights managed (project-license)
4407-2660

**Superstock**
rights managed (project-license)
4407-2904

LOS ANGELES MARCH 09 Actor Alan Al
**Superstock**
rights managed (project-license)
4407-2708

LOS ANGELES SEPTEMBER 1988 Presic
**Superstock**
rights managed (project-license)
4407-2780

LOS ANGELES JANUARY 25 1991 Actor
**Superstock**
rights managed (project-license)
4407-3063

SEATTLE AUGUST 16 Basketball player
**Superstock**
rights managed (project-license)
4407-3810

LOS ANGELES MAY 19 Writer and prod
**Superstock**
rights managed (project-license)
4407-3077

PROVIDENCE RI JUNE 09 Son of Rober
**Superstock**
rights managed (project-license)
4407-2555

BOSTON 1978 Tennis player Martina N
**Superstock**
rights managed (project-license)
4407-2243

LOS ANGELES APRIL 18 Actress Jennife
**Superstock**
rights managed (project-license)
4407-3388

LOS ANGELES MAY 2 2000 Actress Cat
**Superstock**
rights managed (project-license)
4407-3604

BOSTON CIRCA 1980 Singer and actre:
**Superstock**
rights managed (project-license)
4407-2290

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2354

LOS ANGELES SEPTEMBER 05 Actress
**Superstock**
rights managed (project-license)
4407-3012

**Lightbox**

Active lightbox | Shopping Cart

ANAHEIM CA JULY 25 Portrait of Anahe
**Superstock**
rights managed (project-license)
4407-3838

LOS ANGELES MAY 05 Basketball leger
**Superstock**
rights managed (project-license)
4407-3496

BOSTON 1980 President Ronald Reaga
**Superstock**
rights managed (project-license)
4407-2332

NEXT

page [    ] of 16  ◄ ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart







Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco | Submit Query | Rights Managed ☑ | Royalty Free ☐ | Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found. page 6 of 16 Thumbnails per page: 100

LOS ANGELES APRIL 03 Author screen
**Superstock**
rights managed (project-license)
4407-3179

BOSTON JUNE 12 Wife of John Lennon
**Superstock**
rights managed (project-license)
4407-2501

BOSTON APRIL 1981 Jello Biafra lead s
**Superstock**
rights managed (project-license)
4407-2403

LOS ANGELES JANUARY 20 Actor Tom
**Superstock**
rights managed (project-license)
4407-2831

LA JOLLA CA MAY 26 1995 Dr Veerabh
**Superstock**
rights managed (project-license)
4407-3322

LOS ANGELES SEPTEMBER 20 Actor an
**Superstock**
rights managed (project-license)
4407-3354

BOSTON CIRCA 1980 Musician Elvis Cc
**Superstock**
rights managed (project-license)
4407-2299

BOSTON CIRCA 1980 Lead singer Lux
**Superstock**
rights managed (project-license)
4407-2337

LOS ANGELES 1991 Comedian Bobcat
**Superstock**
rights managed (project-license)
4407-3043

LOS ANGELES DECEMBER 06 1989 Act
**Superstock**
rights managed (project-license)
4407-2931

LOS ANGELES MAY 11 Actor Kenneth E
**Superstock**
rights managed (project-license)
4407-3074

NEW YORK JUNE 1982 Singer Joan Bae
**Superstock**
rights managed (project-license)
4407-2497

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES OCTOBER 12 1994 Mode
**Superstock**
rights managed (project-license)
4407-3284

LOS ANGELES OCTOBER 1 1987 A 59 e
**Superstock**
rights managed (project-license)
4407-2677

CAMBRIDGE MA FEBRUARY 1982 Actor
**Superstock**
rights managed (project-license)
4407-2474

FOXBORO MA SEPTEMBER 15 Pop mus
**Superstock**
rights managed (project-license)
4407-2572

LOS ANGELES NOVEMBER 19 Actress T
**Superstock**
rights managed (project-license)
4407-3196

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2732

BOSTON 1976 Members of the band De
**Superstock**
rights managed (project-license)
4407-2239

LEO CARILLO STATE PARK CA OCTOBE
**Superstock**
rights managed (project-license)
4407-3358

LOS ANGELES OCTOBER 09 Actor Jet L
**Superstock**
rights managed (project-license)
4407-3521

LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3699

LOS ANGELES JANUARY 03 Talk show
**Superstock**
rights managed (project-license)
4407-3372

CAMBRIDGE MA FEBRUARY 24 Singer E
**Superstock**
rights managed (project-license)
4407-2982

**Lightbox**

Active lightbox | Shopping Cart

BOSTON JUNE 15 Singer Donna Summ
**Superstock**
rights managed (project-license)
4407-2559

LOS ANGELES CIRCA 1990 Pacman ga
**Superstock**
rights managed (project-license)
4407-2941

HYANNIS PORT MA AUGUST 21 1981 E
**Superstock**
rights managed (project-license)
4407-2418

LOS ANGELES OCTOBER 11 Musician D
**Superstock**
rights managed (project-license)
4407-2678

LOS ANGELES NOVEMBER 1989 Radica
**Superstock**
rights managed (project-license)
4407-2913

LOS ANGELES NOVEMBER 29 MGM cha
**Superstock**
rights managed (project-license)
4407-3366

WEST NEWTON MA JUNE 25 Sen Edwa
**Superstock**
rights managed (project-license)
4407-2564

VANCOUVER MARCH 10 Actors Gillian
**Superstock**
rights managed (project-license)
4407-3313

LOS ANGELES JUNE 28 Actors Jason Pr
**Superstock**
rights managed (project-license)
4407-3107

LOS ANGELES JUNE 07 Host of the Dis
**Superstock**
rights managed (project-license)
4407-2763

LAS VEGAS FEBRUARY 15 Actor John C
**Superstock**
rights managed (project-license)
4407-3834

LOS ANGELES APRIL 11 Actor David Sc
**Superstock**
rights managed (project-license)
4407-3320

LOS ANGELES SEPTEMBER 06 Comedia
**Superstock**
rights managed (project-license)
4407-2906

LOS ANGELES AUGUST 29 Director Jan
**Superstock**
rights managed (project-license)
4407-3339

LOS ANGELES JANUARY 20 Actress Dia
**Superstock**
rights managed (project-license)
4407-2830

**Lightbox**

Active lightbox    Shopping Cart





LOS ANGELES APRIL 11 Actor Bernardo
**Superstock**
rights managed (project-license)
4407-2728

HOLMBY HILLS CA MARCH 5 Actress Lu
**Superstock**
rights managed (project-license)
4407-3554

LOS ANGELES SEPTEMBER 16 Actress '
**Superstock**
rights managed (project-license)
4407-3637

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3782

LOS ANGELES JANUARY 09 Comedian
**Superstock**
rights managed (project-license)
4407-2826

LOS ANGELES FEBRUARY 06 President
**Superstock**
rights managed (project-license)
4407-2698

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3728

AUCKLAND NEW ZEALAND MAY 06 Act
**Superstock**
rights managed (project-license)
4407-3440

LOS ANGELES 1991 Actor Richard Dysa
**Superstock**
rights managed (project-license)
4407-3029

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3060

LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3261

LOS ANGELES SEPTEMBER 07 The ban
**Superstock**
rights managed (project-license)
4407-2799

STOCKTON CA JUNE 22 Band members
**Superstock**
rights managed (project-license)
4407-3095

FRESNO CA OCTOBER 20 2001 Athlete
**Superstock**
rights managed (project-license)
4407-3668

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3708

**Lightbox**

Active lightbox | Shopping Cart

BOSTON 1986 Lead singer of the band
**Superstock**
rights managed (project-license)
4407-2635

LOS ANGELES 1993 Actor Sir Ian McKe
**Superstock**
rights managed (project-license)
4407-2537

SAN FRANCISCO NOVEMBER 07 Autho
**Superstock**
rights managed (project-license)
4407-3733

FRESNO CA OCTOBER 20 California Sta
**Superstock**
rights managed (project-license)
4407-3669

BOSTON SEPTEMBER 1 1981 Musicians
**Superstock**
rights managed (project-license)
4407-2372

LOS ANGELES CIRCA 1990 Actress Sea
**Superstock**
rights managed (project-license)
4407-2937

LOS ANGELES APRIL 11 Actor Sean Co
**Superstock**
rights managed (project-license)
4407-2742

LOS ANGELES AUGUST 08 Actor Peter
**Superstock**
rights managed (project-license)
4407-2770

BOSTON 1983 Members of the band Ma
**Superstock**
rights managed (project-license)
4407-2540

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3803

SEABROOK NH JUNE 1978 Folk singer
**Superstock**
rights managed (project-license)
4407-2244

LOS ANGELES APRIL 11 Actor and com
**Superstock**
rights managed (project-license)
4407-2723

PROVIDENCE CIRCA 1979 John Kenned
**Superstock**
rights managed (project-license)
4407-2275

EAST PROVIDENCE RI JANUARY 1981 I
**Superstock**
rights managed (project-license)
4407-2398

BOSTON CIRCA 1983 Singer Laura Bra
**Superstock**
rights managed (project-license)
4407-2526

Lightbox

Active lightbox    |    Shopping Cart







LOS ANGELES OCTOBER 1 1987 A 59 e
**Superstock**
rights managed (project-license)
4407-2673

LOS ANGELES MAY 16 Actress Shanno
**Superstock**
rights managed (project-license)
4407-2992

LOS ANGELES 1991 Actress Morgan Fa
**Superstock**
rights managed (project-license)
4407-3032

LOS ANGELES AUGUST 15 2003 Film p
**Superstock**
rights managed (project-license)
4407-3762

REDMOND WA AUGUST 14 President o
**Superstock**
rights managed (project-license)
4407-3614

LOS ANGELES JULY 31 Musician Tracy
**Superstock**
rights managed (project-license)
4407-3407

LOS ANGELES DECEMBER 09 Author D
**Superstock**
rights managed (project-license)
4407-3370

LOS ANGELES JUNE 02 Comedian Bud
**Superstock**
rights managed (project-license)
4407-3155

BOSTON APRIL 1981 Jello Biafra lead s
**Superstock**
rights managed (project-license)
4407-2407

NEWTON MA NOVEMBER 04 Congressn
**Superstock**
rights managed (project-license)
4407-2386

WILMINGTON NC 1990 Actress Sandra
**Superstock**
rights managed (project-license)
4407-2944

BOSTON CIRCA 1982 Singer Boy Georg
**Superstock**
rights managed (project-license)
4407-2443

BOSTON CIRCA 1980 Evangelist Billy G

LOS ANGELES OCTOBER 04 Actor Leor

LOS ANGELES JULY 07 Musician Harry

Lightbox

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-2292

**Superstock**
rights managed (project-license)
4407-3282

**Superstock**
rights managed (project-license)
4407-3807

LOS ANGELES SEPTEMBER 16 Actress '
**Superstock**
rights managed (project-license)
4407-3641

LOS ANGELES JANUARY 31 Students le
**Superstock**
rights managed (project-license)
4407-2839

LOS ANGELES FEBRUARY 19 A model b
**Superstock**
rights managed (project-license)
4407-3593

LOS ANGELES AUGUST 28 Comedian C
**Superstock**
rights managed (project-license)
4407-3276

LOS ANGELES APRIL 4 1992 Actor Woo
**Superstock**
rights managed (project-license)
4407-3149

LOS ANGELES JULY 25 Actresses Ashle
**Superstock**
rights managed (project-license)
4407-3510

FOXBORO MA SEPTEMBER 15 Pop mus
**Superstock**
rights managed (project-license)
4407-2576

LOS ANGELES AUGUST 24 Actor Burt F
**Superstock**
rights managed (project-license)
4407-3007

LOS ANGELES AUGUST 08 Actresses Ja
**Superstock**
rights managed (project-license)
4407-2767

BOSTON JANUARY 23 World Airways D
**Superstock**
rights managed (project-license)
4407-2472

HYANNIS Port MA JULY 20 Rose Kenne
**Superstock**
rights managed (project-license)
4407-2353

NEW YORK JULY 20 San Disk Extreme
**Superstock**
rights managed (project-license)
4407-3826

**Lightbox**

Active lightbox | Shopping Cart

IRVINE CA MAY 14 Olympic swimmer A
**Superstock**
rights managed (project-license)
4407-3391

NEW YORK APRIL 25 Family of the futu
**Superstock**
rights managed (project-license)
4407-3600

LOS ANGELES CIRCA 1990 Musician Pa
**Superstock**
rights managed (project-license)
4407-2977

NEXT

page [    ] of 16   ◄  ►

about us   license information   terms & conditions*   faq   searches   contact us   partners   blog   rewards   chat

stock photography

**need assistance?**
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select. Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox          Shopping Cart







Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found. page 7 of 16 Thumbnails per page: 100

LOS ANGELES FEBRUARY 02 Psychedel
**Superstock**
rights managed (project-license)
4407-3373

CAPE COD MA CIRCA 1980 Topless sur
**Superstock**
rights managed (project-license)
4407-2304

RANCHO MIRAGE CA FEBRUARY 11 Pre
**Superstock**
rights managed (project-license)
4407-3143

LOS ANGELES CIRCA 1991 Boxer Jim E
**Superstock**
rights managed (project-license)
4407-3036

LOS ANGELES JUNE 30 Actress Teri Ha
**Superstock**
rights managed (project-license)
4407-3401

PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3551

LOS ANGELES OCTOBER 1 1987 A 59 e
**Superstock**
rights managed (project-license)
4407-2676

LOS ANGELES MAY 17 Actress Pamela
**Superstock**
rights managed (project-license)
4407-3230

LOS ANGELES DECEMBER 19 1998 Act
**Superstock**
rights managed (project-license)
4407-3536

NEWBURY MA OCTOBER 1984 Lt Gover
**Superstock**
rights managed (project-license)
4407-2598

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2781

LOS ANGELES APRIL 8 1988 Actor Mich
**Superstock**
rights managed (project-license)
4407-2716

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JULY 25 Actresses Ashle
**Superstock**
rights managed (project-license)
4407-3512

NEW YORK JUNE 1982 Musician Bruce
**Superstock**
rights managed (project-license)
4407-2500

BOSTON 1985 Mayor Ray Flynn poses
**Superstock**
rights managed (project-license)
4407-2604

LOS ANGELES DECEMBER 12 TV produ
**Superstock**
rights managed (project-license)
4407-3477

LOS ANGELES MARCH 11 Actress Shirl
**Superstock**
rights managed (project-license)
4407-3219

LOS ANGELES JULY 01 Divorce attorne
**Superstock**
rights managed (project-license)
4407-3001

LOS ANGELES CIRCA 1992 Direct Olive
**Superstock**
rights managed (project-license)
4407-3132

FRAMINGHAM MA APRIL 01 General Mo
**Superstock**
rights managed (project-license)
4407-2481

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2486

BOSTON 1976 Members of the band De
**Superstock**
rights managed (project-license)
4407-2238

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3258

LOS ANGELES NOVEMBER 20 Actors Ke
**Superstock**
rights managed (project-license)
4407-3655

**Lightbox**

Active lightbox | Shopping Cart

SACRAMENTO CA MARCH 28 Employee
**Superstock**
rights managed (project-license)
4407-3558

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3804

OCTOBER 20 2002 LOS ANGELES Actor
**Superstock**
rights managed (project-license)
4407-3706

LOS ANGELES NOVEMBER 25 R B singe
**Superstock**
rights managed (project-license)
4407-3126

NEW BEDFORD MA SEPTEMBER 27 Hun
**Superstock**
rights managed (project-license)
4407-2633

LOS ANGELES 1991 Musician Charles B
**Superstock**
rights managed (project-license)
4407-3016

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2743

REDMOND WA AUGUST 14 President o
**Superstock**
rights managed (project-license)
4407-3618

LOS ANGELES OCTOBER 1 1987 A 59 e
**Superstock**
rights managed (project-license)
4407-2675

BOSTON 1983 Actor Roscoe Lee Brown
**Superstock**
rights managed (project-license)
4407-2519

BOSTON CIRCA 1980 Members of the
**Superstock**
rights managed (project-license)
4407-2323

LOS ANGELES JUNE 07 Vice President
**Superstock**
rights managed (project-license)
4407-2758

SAN FRANCISCO SEPTEMBER 24 Dusty
**Superstock**
rights managed (project-license)
4407-3648

LOS ANGELES FEBRUARY 04 Actress V
**Superstock**
rights managed (project-license)
4407-3486

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3711

**Lightbox**

Active lightbox    |    Shopping Cart





BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2510

CAMBRIDGE MA DECEMBER 20 Author
**Superstock**
rights managed (project-license)
4407-2272

LOS ANGELES OCTOBER 22 Producer a
**Superstock**
rights managed (project-license)
4407-2684

LOS ANGELES SEPTEMBER 1988 Presic
**Superstock**
rights managed (project-license)
4407-2785

LOS ANGELES JANUARY 06 Actress Tea
**Superstock**
rights managed (project-license)
4407-3419

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3623

PALO ALTO CA OCTOBER 11 Software
**Superstock**
rights managed (project-license)
4407-3408

BOSTON MAY 1983 Musician Lene Lovi
**Superstock**
rights managed (project-license)
4407-2548

VANCOUVER MARCH 10 Actors Gillian
**Superstock**
rights managed (project-license)
4407-3307

LOS ANGELES APRIL 16 Director Craig
**Superstock**
rights managed (project-license)
4407-3691

BOSTON CIRCA 1980 Members of the I
**Superstock**
rights managed (project-license)
4407-2341

LOS ANGELES CIRCA 1990 Actors Ben
**Superstock**
rights managed (project-license)
4407-2955

LOS ANGELES 1988 President George I
**Superstock**
rights managed (project-license)
4407-2790

SEATTLE AUGUST 16 Basketball player
**Superstock**
rights managed (project-license)
4407-3809

LOS ANGELES 1990 Director Warringto
**Superstock**
rights managed (project-license)
4407-2972

**Lightbox**

Active lightbox | Shopping Cart

BOSTON OCTOBER 1981 Author John I
**Superstock**
rights managed (project-license)
4407-2437

LOA ANGELES March 27 1998 Actress
**Superstock**
rights managed (project-license)
4407-3490

LOS ANGELES CIRCA 1990 Actor Matt
**Superstock**
rights managed (project-license)
4407-2933

LOS ANGELES JULY 29 American board
**Superstock**
rights managed (project-license)
4407-3577

LOS ANGELES 1988 Anchor Peter Jenn
**Superstock**
rights managed (project-license)
4407-2687

LOS ANGELES FEBRUARY 22 Singer an
**Superstock**
rights managed (project-license)
4407-2853

LOS ANGELES JANUARY 01 Actor Beau
**Superstock**
rights managed (project-license)
4407-3479

LOS ANGELES JUNE 16 Musician and p
**Superstock**
rights managed (project-license)
4407-3089

LOS ANGELES MAY 29 Disco enthusiast
**Superstock**
rights managed (project-license)
4407-3080

LOS ANGELES FEBRUARY 1 Actress Ter
**Superstock**
rights managed (project-license)
4407-3779

LOS ANGELES AUGUST 15 Author Jane
**Superstock**
rights managed (project-license)
4407-3758

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3041

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3058

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2612

LOS ANGELES FEBRUARY 24 Actor Cha
**Superstock**
rights managed (project-license)
4407-3301

Lightbox

Active lightbox    Shopping Cart



LOS ANGELES NOVEMBER 25 R B singe
**Superstock**
rights managed (project-license)
4407-3129

WEST NEWTON MA JUNE 25 Model anc
**Superstock**
rights managed (project-license)
4407-2560

CAMBRIDGE MA FEBRUARY 1989 Actre
**Superstock**
rights managed (project-license)
4407-2841

LOS ANGELES SEPTEMBER 06 Actor Lo
**Superstock**
rights managed (project-license)
4407-2892

LOS ANGELES MARCH 26 Comedian Bi
**Superstock**
rights managed (project-license)
4407-2876

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3342

AUCKLAND NZ MAY 6 1997 Portrait of
**Superstock**
rights managed (project-license)
4407-3438

LOS ANGELES JUNE 30 Actress Teri Ha
**Superstock**
rights managed (project-license)
4407-3404

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2367

LOS ANGELES AUGUST 15 Film produc
**Superstock**
rights managed (project-license)
4407-3759

LOS ANGELES OCTOBER 29 Entertaine
**Superstock**
rights managed (project-license)
4407-3678

LOS ANGELES AUGUST 28 Actress Jane
**Superstock**
rights managed (project-license)
4407-2771

**Lightbox**

Active lightbox    Shopping Cart

CAMBRIDGE 1983 Harvard drama teac

BOSTON MAY 20 Senator Ted Kennedy

BOSTON 1976 Members of the band De





| | | |
|---|---|---|
| **Superstock**<br>rights managed (project-license)<br>4407-2530 | **Superstock**<br>rights managed (project-license)<br>4407-2276 | **Superstock**<br>rights managed (project-license)<br>4407-2240 |

HYANNIS PORT MA JULY 22 Rose Kenn

**Superstock**
rights managed (project-license)
4407-2358

LOS ANGELES MARCH 22 Filmmaker D

**Superstock**
rights managed (project-license)
4407-2990

LOS ANGELES CIRCA 1991 Comedian /

**Superstock**
rights managed (project-license)
4407-3033

LOS ANGELES JULY 8 Actor Johnny De|

**Superstock**
rights managed (project-license)
4407-3250

HYANNIS PORT MA AUGUST 21 Sen Ed

**Superstock**
rights managed (project-license)
4407-2413

LOS ANGELES DECEMBER 04 Actor Tim

**Superstock**
rights managed (project-license)
4407-3162

SAN DIEGO NOVEMBER 11 2003 Golfe

**Superstock**
rights managed (project-license)
4407-3775

BOSTON FEBRUARY 1982 Speaker of t

**Superstock**
rights managed (project-license)
4407-2442

WASHINGTON DC AUGUST 27 Disc Joc

**Superstock**
rights managed (project-license)
4407-3272

BOSTON CIRCA 1982 Lead singer Ric C

**Superstock**
rights managed (project-license)
4407-2458

BOSTON JULY 04 Composer John Willia

**Superstock**
rights managed (project-license)
4407-2351

MOUNTAIN VIEW CA OCTOBER 22 Goo

**Superstock**
rights managed (project-license)
4407-3709

Lightbox

Active lightbox | Shopping Cart

BOSTON FEBRUARY 17 Drummer and j
**Superstock**
rights managed (project-license)
4407-2346

SAN FRANCISCO NOVEMBER 07 2002 .
**Superstock**
rights managed (project-license)
4407-3731

LOS ANGELES OCTOBER 20 Executive
**Superstock**
rights managed (project-license)
4407-3473

NEXT

page _____ of 16    ◄    ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat**!

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox    |    Shopping Cart    ⌃







**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found. page 8 of 16 Thumbnails per page: 100

LOS ANGELES MARCH 27 Actress Shar
**Superstock**
rights managed (project-license)
4407-3426

MOUNTAIN VIEW CA OCTOBER Google
**Superstock**
rights managed (project-license)
4407-3714

BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2511

LOS ANGELES NOVEMBER 1989 Radica
**Superstock**
rights managed (project-license)
4407-2914

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3019

BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2506

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2251

LOS ANGELES NOVEMBER 20 Actors K
**Superstock**
rights managed (project-license)
4407-3656

LOS ANGELES FEBRUARY 1987 Membe
**Superstock**
rights managed (project-license)
4407-2644

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3097

SEATTLE AUGUST 2000 Amazoncom fc
**Superstock**
rights managed (project-license)
4407-3611

PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3549

**Lightbox**

Active lightbox | Shopping Cart

BOSTON CIRCA 1980 Musician Elvis Cc
**Superstock**
rights managed (project-license)
4407-2330

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3543

BOSTON CIRCA 1980 Lead guitarist Po
**Superstock**
rights managed (project-license)
4407-2315

LOS ANGELES SEPTEMBER 07 Singer S
**Superstock**
rights managed (project-license)
4407-2803

LOS ANGELES FEBRUARY 22 Singer Lir
**Superstock**
rights managed (project-license)
4407-2854

SEABROOK NH JUNE 1978 Musician Jai
**Superstock**
rights managed (project-license)
4407-2259

BOSTON CIRCA 1980 Male model pose
**Superstock**
rights managed (project-license)
4407-2294

NEW YORK AUGUST 1981 Novelist Kur
**Superstock**
rights managed (project-license)
4407-2410

LOS ANGELES 1991 Actor Steve Webbe
**Superstock**
rights managed (project-license)
4407-3020

LOS ANGELES FEBRUARY 06 President
**Superstock**
rights managed (project-license)
4407-2700

FRAMINGHAM MA APRIL 01 General Mc
**Superstock**
rights managed (project-license)
4407-2480

NEWBURY MA OCTOBER 1984 Massach
**Superstock**
rights managed (project-license)
4407-2599

**Lightbox**

Active lightbox | Shopping Cart

BOSTON APRIL 1981 Jello Biafra lead s
**Superstock**
rights managed (project-license)
4407-2406

LOS ANGELES JANUARY 27 Musician M
**Superstock**
rights managed (project-license)
4407-2836

LOS ANGELES FEBRUARY 15 Actor Eric
**Superstock**
rights managed (project-license)
4407-2847

LOS ANGELES FEBRUARY 19 Talk show
**Superstock**
rights managed (project-license)
4407-3590

LOS ANGELES NOVEMBER 13 Boxer Ma
**Superstock**
rights managed (project-license)
4407-3684

HYANNIS PORT MA AUGUST 21 David I
**Superstock**
rights managed (project-license)
4407-2416

LOS ANGELES AUGUST 24 Producer Lin
**Superstock**
rights managed (project-license)
4407-3006

LOS ANGELES MARCH 28 Owner of Col
**Superstock**
rights managed (project-license)
4407-3820

PALM SPRINGS JUNE 1991 Mayor Sonr
**Superstock**
rights managed (project-license)
4407-3055

LOS ANGELES SEPTEMBER 06 Actor Lo
**Superstock**
rights managed (project-license)
4407-2891

LOS ANGELES NOVEMBER 22 Director
**Superstock**
rights managed (project-license)
4407-3364

LOS ANGELES JULY 8 Actor Johnny Dep
**Superstock**
rights managed (project-license)
4407-3249

NEW YORK SEPTEMBER 4 Actor Harold
**Superstock**
rights managed (project-license)
4407-3703

BOSTON OCTOBER 24 Saxophonist Sor
**Superstock**
rights managed (project-license)
4407-2262

BOSTON CIRCA 1983 Singer Laura Bra
**Superstock**
rights managed (project-license)
4407-2532

Lightbox

Active lightbox      Shopping Cart



LOS ANGELES OCTOBER 28 Wine cellar
**Superstock**
rights managed (project-license)
4407-3192

LOS ANGELES SEPTEMBER 06 Comedia
**Superstock**
rights managed (project-license)
4407-2898

LOS ANGELES 1990 Singer Gene Autry
**Superstock**
rights managed (project-license)
4407-2942

BOSTON 1984 Senator John Kerry and
**Superstock**
rights managed (project-license)
4407-3207

BOSTON JUNE 15 Singer Donna Summ
**Superstock**
rights managed (project-license)
4407-2558

PROVIDENCE RHODE ISLAND JUNE 01
**Superstock**
rights managed (project-license)
4407-2630

LOS ANGELES MARCH 29 NBA player S
**Superstock**
rights managed (project-license)
4407-3560

LOS ANGELES SEPTEMBER 1987 Illusi
**Superstock**
rights managed (project-license)
4407-2669

LOS ANGELES AUGUST 28 Actress Jan
**Superstock**
rights managed (project-license)
4407-2775

ANAHEIM CA JULY 25 Portrait of Anahe
**Superstock**
rights managed (project-license)
4407-3839

BOSTON CIRCA 1980 Musician Elvis Co
**Superstock**
rights managed (project-license)
4407-2334

BOSTON OCTOBER 24 Saxophonist So
**Superstock**
rights managed (project-license)
4407-2261

LOS ANGELES JULY 29 Radio personali
**Superstock**
rights managed (project-license)
4407-3575

NEWPORT RI 1982 Princess Ala Kniess
**Superstock**
rights managed (project-license)
4407-2447

LOS ANGELES JANUARY 1992 Actress
**Superstock**
rights managed (project-license)
4407-3130

**Lightbox**

Active lightbox    Shopping





HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2366

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3617

LOS ANGELES JULY 28 Musician Brian '
**Superstock**
rights managed (project-license)
4407-3335

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3622

LOS ANGELES JUNE 30 Actress Teri Ha
**Superstock**
rights managed (project-license)
4407-3400

LOS ANGELES 1990 Writer and directo
**Superstock**
rights managed (project-license)
4407-2973

BOSTON SEPTEMBER 24 Conductor Le
**Superstock**
rights managed (project-license)
4407-2379

LOS ANGELES CIRCA 1990 President R
**Superstock**
rights managed (project-license)
4407-2964

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3251

LOS ANGELES JANUARY 27 Musician M
**Superstock**
rights managed (project-license)
4407-2835

SUNDANCE UTAH AUGUST 23 Actor Rc
**Superstock**
rights managed (project-license)
4407-2888

MOUNTAIN VIEW CA OCTOBER Google
**Superstock**
rights managed (project-license)
4407-3713

LOS ANGELES FEBRUARY 22 Musician I
**Superstock**
rights managed (project-license)
4407-2866

BOSTON CIRCA 1983 Stuart Adamson
**Superstock**
rights managed (project-license)
4407-2533

LOS ANGELES 1984 Actor Jim Belushi
**Superstock**
rights managed (project-license)
4407-2577

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES APRIL 4 1992 Actors Bel
**Superstock**
rights managed (project-license)
4407-3152

CORNING NY JUNE 22 Portrait of Corni
**Superstock**
rights managed (project-license)
4407-3797

PALM SPRINGS JUNE 1991 Mayor Sonr
**Superstock**
rights managed (project-license)
4407-3045

BOSTON 1983 Members of the band M
**Superstock**
rights managed (project-license)
4407-2520

LOS ANGELES OCTOBER 04 Actor Leor
**Superstock**
rights managed (project-license)
4407-3281

BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2507

OCTOBER 20 2002 LOS ANGELES Actoi
**Superstock**
rights managed (project-license)
4407-3707

LOS ANGELES APRIL 1987 Investment
**Superstock**
rights managed (project-license)
4407-2651

BOSTON CIRCA 1984 Guitarist Joe Perr
**Superstock**
rights managed (project-license)
4407-2583

MEXICO CITY OCTOBER 27 Former pre
**Superstock**
rights managed (project-license)
4407-3287

BOSTON CIRCA 1980 Musician Elvis Cc
**Superstock**
rights managed (project-license)
4407-2314

LOS ANGELES SEPTEMBER 9 Musician
**Superstock**
rights managed (project-license)
4407-3343

**Lightbox**

Active lightbox        Shopping Cart

PHOENIX AZ DECEMBER 20 2002 Dr Jc

LOS ANGELES CIRCA 1990 President R

KAUAI HW DECEMBER 29 Professional



**Superstock**
rights managed (project-license)
4407-3744

LOS ANGELES APRIL 02 Actress Gloria
**Superstock**
rights managed (project-license)
4407-3429

**Superstock**
rights managed (project-license)
4407-2939

LOS ANGELES 1987 Musician Bob Geld
**Superstock**
rights managed (project-license)
4407-2647

**Superstock**
rights managed (project-license)
4407-3837

LOS ANGELES JANUARY 09 Television
**Superstock**
rights managed (project-license)
4407-3300

PROVIDENCE RI JUNE 09 Son of Rober
**Superstock**
rights managed (project-license)
4407-2557

LOS ANGELES FEBRUARY 22 Rapper K
**Superstock**
rights managed (project-license)
4407-2862

LOS ANGELES SEPTEMBER 06 Pop sing
**Superstock**
rights managed (project-license)
4407-2900

LOS ANGELES JULY 25 Actress Mary Ka
**Superstock**
rights managed (project-license)
4407-3507

LOS ANGELES FEBRUARY 1989 Musicia
**Superstock**
rights managed (project-license)
4407-2824

SAN DIEGO OCTOBER 2005 Qualcomm
**Superstock**
rights managed (project-license)
4407-3828

LAS VEGAS FEBRUARY 15 Actor John C
**Superstock**
rights managed (project-license)
4407-3836

VANCOUVER JULY 21 Actress Charlotte
**Superstock**
rights managed (project-license)
4407-3610

LOS ANGELES OCTOBER 11 Musician D
**Superstock**
rights managed (project-license)
4407-2679

**Lightbox**

Active lightbox | Shopping Cart

Case 1:18-cv-00902-MN   Document 14-1   Filed 09/11/19   Page 77 of 138 PageID #: 559

LOS ANGELES 1994 Author Walter Mos
**Superstock**
rights managed (project-license)
4407-3221

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2654

LOS ANGELES NOVEMBER 06 Comedia
**Superstock**
rights managed (project-license)
4407-2815

NEXT

page [    ] of 16   ◄   ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

**need assistance?**
**+1 786 708 0934**
**or try Chat!**

Glow Images is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart



Premium royalty free stock images and stock photos   |   Stock Photography & Stock Photos                English

login        New registration        Shopping Cart(0)

Multicultural        Creative        Editorial        Video        Music        Subscription        Microstock        CDs

Michael Grecco                    Submit Query        Rights Managed ☑    Royalty Free ☐    Illustrations only ☐

Advanced search            "Michael Grecco " > 1549 Results found.                    page   9   of 16   ◀ ▶    Thumbnails per page: 100

Refine search

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

WILMINGTON NC 1990 Actress Sandra
**Superstock**
rights managed (project-license)
4407-2968

LOS ANGELES APRIL 18 Actress Jennif
**Superstock**
rights managed (project-license)
4407-3387

BOSTON CIRCA 1984 Guitarist Joe Perr
**Superstock**
rights managed (project-license)
4407-2587

LOS ANGELES JUNE 05 TV personality
**Superstock**
rights managed (project-license)
4407-3501

LOS ANGELES OCTOBER 06 Entertaine
**Superstock**
rights managed (project-license)
4407-3466

LOS ANGELES JANUARY 26 Actor Matth
**Superstock**
rights managed (project-license)
4407-3482

LOS ANGELES FEBRUARY 06 President
**Superstock**
rights managed (project-license)
4407-2703

LOS ANGELES SEPTEMBER 07 Singer S
**Superstock**
rights managed (project-license)
4407-2795

LOS ANGELES FEBRUARY 22 Singer Va
**Superstock**
rights managed (project-license)
4407-2849

LOS ANGELES JUNE 07 Actress Glenne
**Superstock**
rights managed (project-license)
4407-3243

BOSTON 1984 Senator Ted Kennedy at
**Superstock**
rights managed (project-license)
4407-3202

LOS ANGELES CIRCA 1990 Celebrity Je
**Superstock**
rights managed (project-license)
4407-2949

Lightbox

Active lightbox        Shopping C













LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3262

BRAZIL NOVEMBER 1995 Members of t
**Superstock**
rights managed (project-license)
4407-3293

LOS ANGELES APRIL 15 1987 Republic
**Superstock**
rights managed (project-license)
4407-2655

LOS ANGELES DECEMBER 12 1997 Pro
**Superstock**
rights managed (project-license)
4407-3478

BOSTON MAY 3 1982 Newsman Henry
**Superstock**
rights managed (project-license)
4407-2491

BOSTON SEPTEMBER 1981 Members o
**Superstock**
rights managed (project-license)
4407-2426

LOS ANGELES JULY 12 Actor Pierce Bro
**Superstock**
rights managed (project-license)
4407-3332

LOS ANGELES SEPTEMBER 29 Produce
**Superstock**
rights managed (project-license)
4407-3585

WASHINGTON DC AUGUST 27 Disc Joc
**Superstock**
rights managed (project-license)
4407-3271

CAMBRIDGE MA FEBRUARY 24 Singer E
**Superstock**
rights managed (project-license)
4407-2984

LOS ANGELES JULY 8 Actor Johnny Dep
**Superstock**
rights managed (project-license)
4407-3256

HOLMBY HILLS CA MARCH 5 Actress Lu
**Superstock**
rights managed (project-license)
4407-3557

LOS ANGELES JULY 12 Actor Pierce Bro
**Superstock**
rights managed (project-license)
4407-3330

BOSTON MAY 3 1982 Newsman Henry
**Superstock**
rights managed (project-license)
4407-2496

BOSTON CIRCA 1985 Member of the ba
**Superstock**
rights managed (project-license)
4407-2608

LOS ANGELES APRIL 11 Actress Olymp

LOS ANGELES MARCH 28 Owner of Col

LOS ANGELES JULY 25 Actresses Ashle

**Lightbox**

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-2735

**Superstock**
rights managed (project-license)
4407-3822

**Superstock**
rights managed (project-license)
4407-3509

SAN DIEGO DECEMBER 14 Olympic rur
**Superstock**
rights managed (project-license)
4407-3737

Boston CIRCA 1980 Musician Nick Lowe
**Superstock**
rights managed (project-license)
4407-2316

WILMINGTON NC 1990 Actors Sandra I
**Superstock**
rights managed (project-license)
4407-2978

LOS ANGELES MARCH 12 Actress Rene
**Superstock**
rights managed (project-license)
4407-3315

LOS ANGLES AUGUST 8 1998 Journalis
**Superstock**
rights managed (project-license)
4407-3513

PROVIDENCE CIRCA 1979 John Kennec
**Superstock**
rights managed (project-license)
4407-2273

LOS ANGELES MARCH 28 Owner of Col
**Superstock**
rights managed (project-license)
4407-3823

LOS ANGELES DECEMBER 04 Actor Tim
**Superstock**
rights managed (project-license)
4407-3161

LOS ANGELES JULY 31 Musician Tracy
**Superstock**
rights managed (project-license)
4407-3405

BOSTON 1980 Independent presidentia
**Superstock**
rights managed (project-license)
4407-2278

WILMINGTON NC 1990 Actor Gary Oldı
**Superstock**
rights managed (project-license)
4407-2979

MONTEREY CA FEBRUARY 02 Professio
**Superstock**
rights managed (project-license)
4407-3662

LOS ANGELES JUNE 30 Actress Teri Ha
**Superstock**
rights managed (project-license)
4407-3402

LOS ANGELES FEBRUARY 15 Actor Eric
**Superstock**
rights managed (project-license)
4407-2846

LOS ANGELES NOVEMBER 22 Comedia
**Superstock**
rights managed (project-license)
4407-3123

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JULY 22 Location scout a
**Superstock**
rights managed (project-license)
4407-3753

LOS ANGELES JULY 26 2002 Actress Kr
**Superstock**
rights managed (project-license)
4407-3696

LOS ANGELES DECEMBER 1988 Actress
**Superstock**
rights managed (project-license)
4407-2817

LOS ANGELES JULY 29 Loveline host D
**Superstock**
rights managed (project-license)
4407-3579

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3817

LOS ANGELES APRIL 10 Variety columr
**Superstock**
rights managed (project-license)
4407-2720

LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3697

BOSTON MAY 6 Model Donna Rice the I
**Superstock**
rights managed (project-license)
4407-2656

NASHVILLE TN MAY 19 Musician Johnn
**Superstock**
rights managed (project-license)
4407-3237

BOSTON OCTOBER 1980 President Jim
**Superstock**
rights managed (project-license)
4407-2384

BOSTON OCTOBER 1980 President Jim
**Superstock**
rights managed (project-license)
4407-2382

LOS ANGELES JANUARY 17 Actress Bet
**Superstock**
rights managed (project-license)
4407-2980

LOS ANGELES OCTOBER 13 Filmmaker
**Superstock**
rights managed (project-license)
4407-3765

LOS ANGELES CIRCA 1990 Film critic a
**Superstock**
rights managed (project-license)
4407-2935

WILMINGTON NC 1990 Actor Gary Oldı
**Superstock**
rights managed (project-license)
4407-2970

**Lightbox**

Active lightbox | Shopping Ca

LOS ANGELES OCTOBER 1 1987 A 59 ε
**Superstock**
rights managed (project-license)
4407-2674

LOS ANGELES JANUARY 1992 Actress (
**Superstock**
rights managed (project-license)
4407-3136

LOS ANGELES CIRCA 1990 Comedian L
**Superstock**
rights managed (project-license)
4407-3023

BOSTON FEBRUARY 17 Drummer and j
**Superstock**
rights managed (project-license)
4407-2345

BOSTON 1983 Members of the band De
**Superstock**
rights managed (project-license)
4407-2521

SAN DIEGO CA NOVEMBER 24 Biomedi
**Superstock**
rights managed (project-license)
4407-3776

LOS ANGELES AUGUST 28 The cast of
**Superstock**
rights managed (project-license)
4407-2773

LOS ANGELES MAY 25 Members of the
**Superstock**
rights managed (project-license)
4407-2659

NEW YORK JUNE 12 Folk singer Linda F
**Superstock**
rights managed (project-license)
4407-2502

LOS ANGELES APRIL 4 Actors Bebe Ne
**Superstock**
rights managed (project-license)
4407-3151

LOS ANGELES FEBRUARY 16 1999 Actr
**Superstock**
rights managed (project-license)
4407-3541

LOS ANGELES JULY 27 1993 Actor Bria
**Superstock**
rights managed (project-license)
4407-3190

NEW YORK APRIL 08 Model and the ex
**Superstock**
rights managed (project-license)
4407-2546

LOS ANGELES FEBRUARY 2 2003 Actor
**Superstock**
rights managed (project-license)
4407-3745

SAN DIEGO DECEMBER 14 Olympic rur
**Superstock**
rights managed (project-license)
4407-3739

BOSTON 1985 Musician Aimee Mann of

LAS VEGAS SEPTEMBER 02 Basketball

LOS ANGELES MAY 05 Basketball leger

**Lightbox**

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-2606

**Superstock**
rights managed (project-license)
4407-3583

**Superstock**
rights managed (project-license)
4407-3494

FOXBORO MA SEPTEMBER 15 Pop mus
**Superstock**
rights managed (project-license)
4407-2574

LOS ANGELES APRIL 03 Author screen
**Superstock**
rights managed (project-license)
4407-3178

LOS ANGELES MARCH 01 Actor gary Bu
**Superstock**
rights managed (project-license)
4407-2869

LOS ANGELES JUNE 07 Actor Shawn Ca
**Superstock**
rights managed (project-license)
4407-2664

LOS ANGELES SEPTEMBER 4 1997 Actr
**Superstock**
rights managed (project-license)
4407-3452

LOS ANGELES APRIL 10 Actor David Ha
**Superstock**
rights managed (project-license)
4407-3385

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3816

HYANNIS PORT MA AUGUST 21 Exterio
**Superstock**
rights managed (project-license)
4407-2411

NASHVILLE OCTOBER 26 Country musi
**Superstock**
rights managed (project-license)
4407-3361

LOS ANGELES FEBRUARY 1988 Preside
**Superstock**
rights managed (project-license)
4407-2697

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3800

LOS ANGELES APRIL 8 1988 Filmmake
**Superstock**
rights managed (project-license)
4407-2715

LOS ANGELES JULY 28 Musician Brian
**Superstock**
rights managed (project-license)
4407-3336

BOSTON CIRCA 1980 Members of the I
**Superstock**
rights managed (project-license)
4407-2286

BOSTON JULY 04 Musician Sunny Ade I
**Superstock**
rights managed (project-license)
4407-2570

**Lightbox**

Active lightbox Shopping Cart

LAS VEGAS FEBRUARY 15 Actor John C
**Superstock**
rights managed (project-license)
4407-3833

LOS ANGELES OCTOBER 22 Producer a
**Superstock**
rights managed (project-license)
4407-2683

LOS ANGELES FEBRUARY 22 Gospel ba
**Superstock**
rights managed (project-license)
4407-2855

CAMBRIDGE MA FEBRUARY 1983 Actre
**Superstock**
rights managed (project-license)
4407-2842

LOS ANGELES NOVEMBER 13 Boxer Ma
**Superstock**
rights managed (project-license)
4407-3683

LOS ANGELES 1991 Actor Charles Durr
**Superstock**
rights managed (project-license)
4407-3028

NEXT

page [    ] of 16  ◄ ►

about us     license information     terms & conditions*     faq     searches     contact us     partners     blog     rewards     chat

stock photography

need assistance?
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photography** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox     |     Shopping Cart











**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco

Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found.

page 10 of 16 Thumbnails per page: 100

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2355

BOSTON DECEMBER 14 Joan Kennedy
**Superstock**
rights managed (project-license)
4407-2430

LOS ANGELES MARCH 09 Actor Alan Al
**Superstock**
rights managed (project-license)
4407-2707

HYANNIS PORT MA AUGUST 21 Exterio
**Superstock**
rights managed (project-license)
4407-2412

LOS ANGELES AUGUST 29 Director Jar
**Superstock**
rights managed (project-license)
4407-3340

LOS ANGELES APRIL 11 Actor Sean Co
**Superstock**
rights managed (project-license)
4407-2736

BOSTON CIRCA 1980 Musician Lou Ree
**Superstock**
rights managed (project-license)
4407-2302

LOS ANGELES CIRCA 1990 Actress Bar
**Superstock**
rights managed (project-license)
4407-2958

LOS ANGELES SEPTEMBER 1988 Presic
**Superstock**
rights managed (project-license)
4407-2786

LAS VEGAS FEBRUARY 15 Actor John C
**Superstock**
rights managed (project-license)
4407-3832

LOS ANGELES 1990 Actor and director
**Superstock**
rights managed (project-license)
4407-2938

DALLAS DECEMBER 29 Boston College
**Superstock**
rights managed (project-license)
4407-2600

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES APRIL 11 Actor Tom Sell
**Superstock**
rights managed (project-license)
4407-2741

CAPE COD MA CIRCA 1980 Topless sur
**Superstock**
rights managed (project-license)
4407-2287

LOS ANGELES NOVEMBER 16 Actor Lav
**Superstock**
rights managed (project-license)
4407-3194

BOSTON MAY 01 1985 Democratic can
**Superstock**
rights managed (project-license)
4407-2626

BOSTON CIRCA 1980 Opera singer Luc
**Superstock**
rights managed (project-license)
4407-2324

LOS ANGELES OCTOBER 06 Entertaine
**Superstock**
rights managed (project-license)
4407-3467

FRAMINGHAM MA APRIL 01 General Mc
**Superstock**
rights managed (project-license)
4407-2479

NEW YORK CIRCA 1990 Author and jou
**Superstock**
rights managed (project-license)
4407-3538

LOS ANGELES FEBRUARY 06 An emplo
**Superstock**
rights managed (project-license)
4407-2704

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3099

SANTA BARBARA CA 1991 Author Judit
**Superstock**
rights managed (project-license)
4407-3049

SANTA BARBARA CA FEBRUARY 02 Che
**Superstock**
rights managed (project-license)
4407-2843

Lightbox

Active lightbox | Shopping Car

BOSTON 1980 Presidential candidate R
**Superstock**
rights managed (project-license)
4407-2320

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3269

BOSTON CIRCA 1980 Guitarist Bryan G
**Superstock**
rights managed (project-license)
4407-2285

NEW YORK SEPTEMBER 04 Actor Harol
**Superstock**
rights managed (project-license)
4407-3763

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2609

SAN DIEGO DECEMBER 14 Olympic rur
**Superstock**
rights managed (project-license)
4407-3738

BOSTON CIRCA 1982 Members of the I
**Superstock**
rights managed (project-license)
4407-2461

NEW ORLEANS MAY 01 Father Jerome
**Superstock**
rights managed (project-license)
4407-3831

LOS ANGELES NOVEMBER 19 Actress T
**Superstock**
rights managed (project-license)
4407-3197

LOS ANGELES 1981 Comedian Roseanı
**Superstock**
rights managed (project-license)
4407-2397

LOS ANGELES MAY 21 Actress Leah Re
**Superstock**
rights managed (project-license)
4407-3570

BOSTON APRIL 1981 Jello Biafra lead s
**Superstock**
rights managed (project-license)
4407-2405

LOS ANGELES DECEMBER 4 Actors L R
**Superstock**
rights managed (project-license)
4407-3413

LOS ANGELES SEPTEMBER 20 Actor an
**Superstock**
rights managed (project-license)
4407-3349

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3397

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES APRIL 8 1988 Actor Mich
**Superstock**
rights managed (project-license)
4407-2717

LOS ANGELES JUNE 10 Actress Tori Sp
**Superstock**
rights managed (project-license)
4407-3086

LOS ANGELES NOVEMBER 25 R B singe
**Superstock**
rights managed (project-license)
4407-3128

LOS ANGELES MAY 2 2000 Actress Cat
**Superstock**
rights managed (project-license)
4407-3605

LOS ANGELES JANUARY 06 Actress Tea
**Superstock**
rights managed (project-license)
4407-3418

LOS ANGELES MAY 31 Baseball players
**Superstock**
rights managed (project-license)
4407-3081

LOS ANGELES AUGUST 27 Actor Fred S
**Superstock**
rights managed (project-license)
4407-3515

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2620

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2784

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2619

WEST NEWTON MA JUNE 25 Patrick Ke
**Superstock**
rights managed (project-license)
4407-2567

CAMBRIDGE MA 1982 Nobel prize winn
**Superstock**
rights managed (project-license)
4407-2445

LOS ANGELES JUNE 1988 Actress and
**Superstock**
rights managed (project-license)
4407-2755

LOS ANGELES NOVEMBER 01 Author a
**Superstock**
rights managed (project-license)
4407-3363

HOLMBY HILLS CA MARCH 5 Actress Lu
**Superstock**
rights managed (project-license)
4407-3556

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES CIRCA 1993 WriterDirec
**Superstock**
rights managed (project-license)
4407-3173



LOS ANGELES OCTOBER 26 Actress Ke
**Superstock**
rights managed (project-license)
4407-3671



LOS ANGELES APRIL 11 Actress Daryl I
**Superstock**
rights managed (project-license)
4407-2737

LA JOLLA CA MAY 26 1995 Dr Veerabha
**Superstock**
rights managed (project-license)
4407-3323

LOS ANGELES JUNE 07 Governor Geor
**Superstock**
rights managed (project-license)
4407-2762

BOSTON DECEMBER 14 Senator Ted Ke
**Superstock**
rights managed (project-license)
4407-2439

BOSTON CIRCA 1982 Lead guitarist Ell
**Superstock**
rights managed (project-license)
4407-2463

LOS ANGELES MAY 26 Actor and footba
**Superstock**
rights managed (project-license)
4407-2879

BOSTON JANUARY 1981 Ramones Base
**Superstock**
rights managed (project-license)
4407-2390



LOS ANGELES MAY 25 Members of the
**Superstock**
rights managed (project-license)
4407-2661



LOS ANGELES NOVEMBER 28 Author M
**Superstock**
rights managed (project-license)
4407-2920

BOSTON CIRCA 1982 Professional tenn
**Superstock**
rights managed (project-license)
4407-2449

LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3694



LAS VEGAS MARCH 29 Tennis player M
**Superstock**
rights managed (project-license)
4407-3318



LOS ANGELES 1991 Musician Charles B
**Superstock**
rights managed (project-license)
4407-3039

Lightbox

Active lightbox    Shopping Cart

BOSTON MAY 1983 Musician Lene Lovi
**Superstock**
rights managed (project-license)
4407-2549

LOA ANGELES March 27 1998 Actress
**Superstock**
rights managed (project-license)
4407-3491

LOS ANGELES DATE Comedian Phyllis
**Superstock**
rights managed (project-license)
4407-3518

LOS ANGELES JANUARY 09 Comedian
**Superstock**
rights managed (project-license)
4407-2827

LOS ANGELES APRIL 11 Actress Joan
**Superstock**
rights managed (project-license)
4407-2729

LONDON JANUARY 18 Businessman Ric
**Superstock**
rights managed (project-license)
4407-3210

LOS ANGELES CIRCA 1990 Actress Sh
**Superstock**
rights managed (project-license)
4407-2956

BOSTON MARCH 1985 Model Christie B
**Superstock**
rights managed (project-license)
4407-2622

LOS ANGELES DECEMBER 04 Actor Tir
**Superstock**
rights managed (project-license)
4407-3160

TORONTO OCTOBER 01 Owner of the b
**Superstock**
rights managed (project-license)
4407-3464

LOS ANGELES NOVEMBER 03 Record p
**Superstock**
rights managed (project-license)
4407-3288

LOS ANGELES SEPTEMBER 1988 Presic
**Superstock**
rights managed (project-license)
4407-2788






**Lightbox**

Active lightbox          Shopping Cart

LOS ANGELES DECEMBER 06 Owner of

LOS ANGELES SEPTEMBER 1988 Presic

LOS ANGELES OCTOBER 1 1987 A 59





**Superstock**
rights managed (project-license)
4407-2928

**Superstock**
rights managed (project-license)
4407-2787

**Superstock**
rights managed (project-license)
4407-2671

CAMBRIDGE MA AUGUST 27 Director S
**Superstock**
rights managed (project-license)
4407-2422

LOS ANGELES SEPTEMBER 07 Actress
**Superstock**
rights managed (project-license)
4407-2798

NEWPORT BEACH CA JUNE 16 Sports a
**Superstock**
rights managed (project-license)
4407-2998

VANCOUVER MARCH 10 Actress Gillian
**Superstock**
rights managed (project-license)
4407-3312

HONDURAS MAY 04 A retirement comr
**Superstock**
rights managed (project-license)
4407-3228

LOS ANGELES JULY 1991 Singer Natali
**Superstock**
rights managed (project-license)
4407-3112

LOS ANGELES FEBRUARY 08 Actor Fre(
**Superstock**
rights managed (project-license)
4407-3213

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3621

LOS ANGELES JANUARY 11 Talk show I
**Superstock**
rights managed (project-license)
4407-3208

LOS ANGELES APRIL 11 Joan Kennedy
**Superstock**
rights managed (project-license)
4407-2547

BRAZIL NOVEMBER 1995 Members of t
**Superstock**
rights managed (project-license)
4407-3298

NEW YORK MARCH 26 Musician Jane M
**Superstock**
rights managed (project-license)
4407-3748

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JUNE 05 TV personality
**Superstock**
rights managed (project-license)
4407-3500

LOS ANGELES NOVEMBER 13 Boxer Er
**Superstock**
rights managed (project-license)
4407-3680

LOS ANGELES MAY 26 Actor and footb
**Superstock**
rights managed (project-license)
4407-2880

NEXT

page [    ] of 16    ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox    |    Shopping Cart

**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco

Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found. page 11 of 16 Thumbnails per page: 100

NC JULY 1987 Actress Colleen Camp pl
**Superstock**
rights managed (project-license)
4407-2667

NEW YORK OCTOBER 15 Musician Paul
**Superstock**
rights managed (project-license)
4407-3470

FLANDERS NJ NOVEMBER 1982 Musicia
**Superstock**
rights managed (project-license)
4407-2464

SEBRING FL APRIL 1994 Chairman and
**Superstock**
rights managed (project-license)
4407-3223

LOS ANGELES AUGUST 15 Film produc
**Superstock**
rights managed (project-license)
4407-3756

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2611

BOSTON CIRCA 1980 Lead singer Lux I
**Superstock**
rights managed (project-license)
4407-2340

LOS ANGELES NOVEMBER 07 Playwrigl
**Superstock**
rights managed (project-license)
4407-3157

LOS ANGELES 1992 Director Bob Rafel
**Superstock**
rights managed (project-license)
4407-3131

LOS ANGELES SEPTEMBER 23 Parents
**Superstock**
rights managed (project-license)
4407-3519

BOSTON SEPTEMBER 24 Conductor Lei
**Superstock**
rights managed (project-license)
4407-2380

SAN ANTONIO July 01 Country musicia
**Superstock**
rights managed (project-license)
4407-3448

**Lightbox**

Active lightbox | Shopping Cart











LOS ANGELES JANUARY 04 Actor Kerr
**Superstock**
rights managed (project-license)
4407-3658

LOS ANGELES CIRCA 1990 Actor and c
**Superstock**
rights managed (project-license)
4407-3352

LOS ANGELES NOVEMBER 22 Screenwı
**Superstock**
rights managed (project-license)
4407-3291

LOS ANGELES NOVEMBER 03 Record p
**Superstock**
rights managed (project-license)
4407-3289

SAN DIEGO CA NOVEMBER 24 Biomedi
**Superstock**
rights managed (project-license)
4407-3777

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3725

BOSTON SEPTEMBER 1981 Lead singer
**Superstock**
rights managed (project-license)
4407-2423

LOS ANGELES SEPTEMBER 4 1997 Act
**Superstock**
rights managed (project-license)
4407-3457

BOSTON AUGUST 1982 Musician Billy I
**Superstock**
rights managed (project-license)
4407-2509

LOS ANGELES MAY 17 Actress Pamela
**Superstock**
rights managed (project-license)
4407-3235

LOS ANGELES OCTOBER 06 Entertaine
**Superstock**
rights managed (project-license)
4407-3468

LOS ANGELES APRIL 10 Actor David Ha
**Superstock**
rights managed (project-license)
4407-3386

**Lightbox**

Active lightbox | Shopping Cart

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2247

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3398

SEATTLE AUGUST 2000 Amazoncom fo
**Superstock**
rights managed (project-license)
4407-3612

LOS ANGELES 1990 Record label execu
**Superstock**
rights managed (project-license)
4407-2976

HILLSBOROUGH OR OCTOBER 25 Profe
**Superstock**
rights managed (project-license)
4407-2811

LOA ANGELES JANUARY 25 1991 Actor
**Superstock**
rights managed (project-license)
4407-3064

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3798

LOS ANGELES FEBRUARY 19 Talk show
**Superstock**
rights managed (project-license)
4407-3594

LOS ANGELES CIRCA 1982 Musician Do
**Superstock**
rights managed (project-license)
4407-2440

LOS ANGELES DECEMBER 06 1989 Hoc
**Superstock**
rights managed (project-license)
4407-2927

SEABROOK NH JUNE 1978 Pediatrician
**Superstock**
rights managed (project-license)
4407-2258

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3544

LOS ANGELES CA JANUARY 1992 Actre
**Superstock**
rights managed (project-license)
4407-3133

LOS ANGELES SEPTEMBER 06 Band Mo
**Superstock**
rights managed (project-license)
4407-2903

BOSTON MA CIRCA 1980 Punk rock ba
**Superstock**
rights managed (project-license)
4407-2311

**Lightbox**

Active lightbox | Shopping Cart

BOSTON 1982 Musician Nona Hendrix p
**Superstock**
rights managed (project-license)
4407-2444

LOS ANGELES FEBRUARY 04 Actress V
**Superstock**
rights managed (project-license)
4407-3488

STOCKTON CA JUNE 22 Band member
**Superstock**
rights managed (project-license)
4407-3105

LOS ANGELES SEPTEMBER 19 Actor Ma
**Superstock**
rights managed (project-license)
4407-3277

LOS ANGELES JANUARY 27 Musician M
**Superstock**
rights managed (project-license)
4407-2838

BOSTON CIRCA 1980 British singer sor
**Superstock**
rights managed (project-license)
4407-2312

LOS ANGELES JUNE 16 Musician and p
**Superstock**
rights managed (project-license)
4407-3087

SACRAMENTO CA MARCH 28 Employee
**Superstock**
rights managed (project-license)
4407-3559

LOS ANGELES MARCH 09 Actor Alan Al
**Superstock**
rights managed (project-license)
4407-2706

LOS ANGELES CIRCA 1991 Actress Sall
**Superstock**
rights managed (project-license)
4407-3015

BOSTON APRIL 08 Actors and former s
**Superstock**
rights managed (project-license)
4407-2544

LOS ANGELES DECEMBER 1989 Musicia
**Superstock**
rights managed (project-license)
4407-2923

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3642

LOS ANGELES CA SEPTEMBER 6 1989
**Superstock**
rights managed (project-license)
4407-2907

LOS ANGELES SEPTEMBER 06 Pop Star
**Superstock**
rights managed (project-license)
4407-2373

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES SEPTEMBER 03 Actress .
**Superstock**
rights managed (project-license)
4407-3416

LOS ANGELES MARCH 12 Actress Rene
**Superstock**
rights managed (project-license)
4407-3316

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3715

BOSTON MAY 1983 Musician Lene Lovi
**Superstock**
rights managed (project-license)
4407-2550

BOSTON APRIL 08 Actor Richard Burto
**Superstock**
rights managed (project-license)
4407-2545

LOS ANGELES MARCH 19 Actress Janea
**Superstock**
rights managed (project-license)
4407-3382

LOS ANGELES FEBRUARY 22 Singer Va
**Superstock**
rights managed (project-license)
4407-2864

FORT CAMPBELL KY DECEMBER 16 Pre
**Superstock**
rights managed (project-license)
4407-2634

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3059

LOS ANGELES OCTOBER 26 Actress Ke
**Superstock**
rights managed (project-license)
4407-3673

BOSTON FEBRUARY 28 Politician Gary
**Superstock**
rights managed (project-license)
4407-2593

LOS ANGELES JULY 8 Actor Johnny Dep
**Superstock**
rights managed (project-license)
4407-3254

LOS ANGELES OCTOBER 11 Musician D
**Superstock**
rights managed (project-license)
4407-2681

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3727

BOSTON CIRCA 1982 Peter Hook bass
**Superstock**
rights managed (project-license)
4407-2469

**Lightbox**

Active lightbox    |    Shopping Cart



BOSTON APRIL 1981 Jello Biafra lead s
**Superstock**
rights managed (project-license)
4407-2404

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2614

BOSTON CIRCA 1982 Members of the l
**Superstock**
rights managed (project-license)
4407-2453

LOS ANGELES MAY 03 Actor Andy Garc
**Superstock**
rights managed (project-license)
4407-3433

LOS ANGELES JANUARY 28 Actor and c
**Superstock**
rights managed (project-license)
4407-3424

LOS ANGELES JULY 07 Musician Harry
**Superstock**
rights managed (project-license)
4407-3808

HONDURAS MAY 04 Individuals in a rel
**Superstock**
rights managed (project-license)
4407-3227

LOS ANGELES JUNE 06 Actors Debra M
**Superstock**
rights managed (project-license)
4407-3608

VANCOUVER MARCH 10 Actors Gillian A
**Superstock**
rights managed (project-license)
4407-3309

LOS ANGELES JULY 23 Actor Richard D
**Superstock**
rights managed (project-license)
4407-3188

NASHVILLE MAY 19 Singer Johnny Cas
**Superstock**
rights managed (project-license)
4407-3239

LOS ANGELES CIRCA 1990 Comedian E
**Superstock**
rights managed (project-license)
4407-2940

**Lightbox**

Active lightbox | Shopping Cart

BOSTON OCTOBER 1980 President Jim



NEW LONDON CT 1978 Oars for the Ha



FOXBORO MA SEPTEMBER 15 Pop mus





**Superstock**
rights managed (project-license)
4407-2383

**Superstock**
rights managed (project-license)
4407-2242

**Superstock**
rights managed (project-license)
4407-2573

LOS ANGELES CIRCA 2002 Model Blake
**Superstock**
rights managed (project-license)
4407-3687

LOS ANGELES AUGUST 27 Actor Fred S
**Superstock**
rights managed (project-license)
4407-3516

BOSTON MAY 3 1982 Newsman Henry
**Superstock**
rights managed (project-license)
4407-2493

LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3263

LOS ANGELES CIRCA 1990 Film critic a
**Superstock**
rights managed (project-license)
4407-2961

BOSTON JUNE 31 Women attend an EF
**Superstock**
rights managed (project-license)
4407-2408

LAS VEGAS MARCH 29 Tennis player M
**Superstock**
rights managed (project-license)
4407-3317

LOS ANGELES FEBRUARY 28 1991 Prod
**Superstock**
rights managed (project-license)
4407-3069

SAN DIEGO NOVEMBER 11 Golf wear d
**Superstock**
rights managed (project-license)
4407-3770

LOS ANGELES JUNE 23 Actor Rip Torn
**Superstock**
rights managed (project-license)
4407-3244

LOS ANGELES SEPTEMBER 1985 Boxin
**Superstock**
rights managed (project-license)
4407-2631

FRAMINGHAM MA APRIL 01 General Mo
**Superstock**
rights managed (project-license)
4407-2478

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES OCTOBER 29 TV and rac
**Superstock**
rights managed (project-license)
4407-3411

BOSTON CIRCA 1984 Lead singer Stev
**Superstock**
rights managed (project-license)
4407-2585

BOSTON 1983 Stuart Adamson of the E
**Superstock**
rights managed (project-license)
4407-2543

NEXT

page ____ of 16    ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox  |    Shopping Cart



Premium royalty free stock images and stock photos  |  Stock Photography & Stock Photos

English

login     New registration     Shopping Cart(0)

Multicultural    Creative    Editorial    Video    Music    Subscription    Microstock    CDs

Michael Grecco          Submit Query    Rights Managed ☑    Royalty Free ☐    Illustrations only ☐

Advanced search

Refine search

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found.          page  12  of 16  ◀ ▶   Thumbnails per page: 100 ☑

LOS ANGELES JANUARY 08 Actress Hel
**Superstock**
rights managed (project-license)
4407-3138

LOS ANGELES DECEMBER 09 Author D
**Superstock**
rights managed (project-license)
4407-3369

LOS ANGELES DECEMBER 06 1989 Hod
**Superstock**
rights managed (project-license)
4407-2930

BOSTON JULY 27 Unemployed individu
**Superstock**
rights managed (project-license)
4407-2504

LOS ANGELES FEBRUARY 28 1991 Proc
**Superstock**
rights managed (project-license)
4407-3070

LOS ANGELES CIRCA 1993 Actor Matth
**Superstock**
rights managed (project-license)
4407-3175

BRAZIL NOVEMBER 1995 Members of t
**Superstock**
rights managed (project-license)
4407-3295

LOS ANGELES CIRCA 1990 Actor John
**Superstock**
rights managed (project-license)
4407-2952

SAN DIEGO APRIL 3 Biotech researche
**Superstock**
rights managed (project-license)
4407-3749

SAN FRANCISCO NOVEMBER 07 Author
**Superstock**
rights managed (project-license)
4407-3729

LOS ANGELES MARCH 17 Hula hoop e
**Superstock**
rights managed (project-license)
4407-2711

LOS ANGELES NOVEMBER 1988 Americ
**Superstock**
rights managed (project-license)
4407-2814

Lightbox

Active lightbox      Shopping Cart







LOS ANGELES DECEMBER 20 Author M
**Superstock**
rights managed (project-license)
4407-3198

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3098

LOS ANGELES JUNE 06 Actor Keanu Re
**Superstock**
rights managed (project-license)
4407-3084

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2369

BOSTON MAY 01 1985 Democratic can
**Superstock**
rights managed (project-license)
4407-2625

LOS ANGELES MARCH 28 Owner of Col
**Superstock**
rights managed (project-license)
4407-3821

LOS ANGELES JUNE 28 Actors Jason Pr
**Superstock**
rights managed (project-license)
4407-3109

LOS ANGELES JUNE 1988 Actress and
**Superstock**
rights managed (project-license)
4407-2757

CA CIRCA 1995 Actress Tisha Campbel
**Superstock**
rights managed (project-license)
4407-3292

LOS ANGELES MARCH 29 1999 Actor R
**Superstock**
rights managed (project-license)
4407-3561

AUCKLAND NEW ZEALAND MAY 06 Act
**Superstock**
rights managed (project-license)
4407-3439

NASHVILLE TN MAY 19 Singer Johnny (
**Superstock**
rights managed (project-license)
4407-3240

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JANUARY 25 Actor Clint
**Superstock**
rights managed (project-license)
4407-2695

LOS ANGELES APRIL 26 Actress Helen
**Superstock**
rights managed (project-license)
4407-3390

FRAMINGHAM MA APRIL 01 General Mc
**Superstock**
rights managed (project-license)
4407-2482

LOS ANGELES JANUARY 1991 Writer pe
**Superstock**
rights managed (project-license)
4407-3034

LOS ANGELES SEPTEMBER 20 Professi
**Superstock**
rights managed (project-license)
4407-3645

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3103

LOS ANGELES SEPTEMBER 07 Actress
**Superstock**
rights managed (project-license)
4407-2805

LOS ANGELES SEPTEMBER 4 Actor Mic
**Superstock**
rights managed (project-license)
4407-3451

LOS ANGELES MAY 11 Actor Kenneth E
**Superstock**
rights managed (project-license)
4407-3076

LA JOLLA CA MAY 26 1995 Dr Veerabhi
**Superstock**
rights managed (project-license)
4407-3324

LOS ANGELES JANUARY 26 Actor Matth
**Superstock**
rights managed (project-license)
4407-3485

BOSTON JULY 04 Composer John Willia
**Superstock**
rights managed (project-license)
4407-2349

HYANNIS PORT MA MAY 06 Actor Marti
**Superstock**
rights managed (project-license)
4407-2554

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3721

LOS ANGELES JULY 22 Co founder of th
**Superstock**
rights managed (project-license)
4407-3118

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JULY 12 Actor Pierce Bro
**Superstock**
rights managed (project-license)
4407-3334

LOA ANGELES JANUARY 25 1991 Actor
**Superstock**
rights managed (project-license)
4407-3062

LOS ANGELES FEBRUARY 26 Comedian
**Superstock**
rights managed (project-license)
4407-3065

LONG BEACH APRIL 15 Formula One d
**Superstock**
rights managed (project-license)
4407-3564

LOS ANGELES DECEMBER 03 Male mo
**Superstock**
rights managed (project-license)
4407-3736

SANTA BARBARA MARCH 31 Actress Ev
**Superstock**
rights managed (project-license)
4407-2991

NEW YORK 1993 Entrepreneur and co
**Superstock**
rights managed (project-license)
4407-3167

BOSTON CIRCA 1980 Male and female
**Superstock**
rights managed (project-license)
4407-2310

LOS ANGELES 1984 Musician Adam an
**Superstock**
rights managed (project-license)
4407-2578

LOS ANGELES MAY 19 Democratic pres
**Superstock**
rights managed (project-license)
4407-2751

BOSTON July 1982 Singer Martha Davi
**Superstock**
rights managed (project-license)
4407-2441

BOSTON MARCH 1985 Model Christie B
**Superstock**
rights managed (project-license)
4407-2624

BOSTON CIRCA 1980 Musician Lou Ree
**Superstock**
rights managed (project-license)
4407-2279

MILLBROOK NY AUGUST 1987 Comedia
**Superstock**
rights managed (project-license)
4407-2668

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3720

Lightbox

Active lightbox | Shopping Cart





LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3785

BOSTON FEBRUARY 1982 Senator Ted
**Superstock**
rights managed (project-license)
4407-2475

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2485

LOS ANGELES DECEMBER 02 Actor Jan
**Superstock**
rights managed (project-license)
4407-3533

BOSTON MAY 3 Newsman Henry Santo
**Superstock**
rights managed (project-license)
4407-2492

LOS ANGELES MAY 02 Singer Robert P
**Superstock**
rights managed (project-license)
4407-2745

BOSTON FEBRUARY 17 Drummer and j
**Superstock**
rights managed (project-license)
4407-2344

LOS ANGELES CIRCA 1987 Live manne
**Superstock**
rights managed (project-license)
4407-2645

LOS ANGELES FEBRUARY 23 Actress V
**Superstock**
rights managed (project-license)
4407-3379

LOS ANGELES SEPTEMBER 4 1997 Acto
**Superstock**
rights managed (project-license)
4407-3454

LOS ANGELES DECEMBER 08 LA Laker
**Superstock**
rights managed (project-license)
4407-2822

LOS ANGELES MARCH 22 Filmmaker D
**Superstock**
rights managed (project-license)
4407-2989

LOS ANGELES JULY 1991 Singer Natali
**Superstock**
rights managed (project-license)
4407-3110

LOS ANGELES JULY 1993 Musician and
**Superstock**
rights managed (project-license)
4407-3170

BOSTON 1986 Members of the band Th
**Superstock**
rights managed (project-license)
4407-2637

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JULY 31 Musician Tracy
**Superstock**
rights managed (project-license)
4407-3406

BOSTON 1980 Members of the band th
**Superstock**
rights managed (project-license)
4407-2318

LOS ANGELES MAY 09 Film director Mic
**Superstock**
rights managed (project-license)
4407-3499

LOS ANGELES FEBRUARY 26 Pediatric A
**Superstock**
rights managed (project-license)
4407-3068

LOS ANGELES JUNE 16 Musician and p
**Superstock**
rights managed (project-license)
4407-3088

PHOENIX DECEMBER 20 Founder of Th
**Superstock**
rights managed (project-license)
4407-3743

LOS ANGELES 1990 Record label execu
**Superstock**
rights managed (project-license)
4407-2959

LOS ANGELES DECEMBER 07 1992 Con
**Superstock**
rights managed (project-license)
4407-3163

IRVINE CA MAY 14 Olympic swimmer A
**Superstock**
rights managed (project-license)
4407-3393

LOS ANGELES OCTOBER 26 Actress Vic
**Superstock**
rights managed (project-license)
4407-3672

LOS ANGELES MAY 25 Director and aut
**Superstock**
rights managed (project-license)
4407-3241

BOSTON FEBRUARY 28 Politician Gary
**Superstock**
rights managed (project-license)
4407-2592

LOS ANGELES CIRCA 1990 Comedian J

LOS ANGELES SEPTEMBER 06 Member

LOS ANGELES DECEMBER 06 1989 Hoc

**Lightbox**

Active lightbox    |    Shopping Cart





**Superstock**
rights managed (project-license)
4407-2945

**Superstock**
rights managed (project-license)
4407-2905

**Superstock**
rights managed (project-license)
4407-2929

LOS ANGELES SEPTEMBER 27 Baseball
**Superstock**
rights managed (project-license)
4407-3461

BOSTON 1985 Mayor Ray Flynn poses
**Superstock**
rights managed (project-license)
4407-2607

BOSTON MA CIRCA 1980 Members of t
**Superstock**
rights managed (project-license)
4407-2296

LOS ANGELES JULY 25 Actresses Ashle
**Superstock**
rights managed (project-license)
4407-3511

BOSTON 1976 Members of the band D
**Superstock**
rights managed (project-license)
4407-2241

WESTCHESTER PA JUNE 29 QVC presid
**Superstock**
rights managed (project-license)
4407-3187

LOS ANGELES MARCH 08 Director Que
**Superstock**
rights managed (project-license)
4407-3304

LOS ANGELES 1984 Actor Jim Belushi
**Superstock**
rights managed (project-license)
4407-2584

BOSTON CIRCA 1982 Singer Boy Georg
**Superstock**
rights managed (project-license)
4407-2460

BOSTON JULY 04 Composer John Willi
**Superstock**
rights managed (project-license)
4407-2350

LOS ANGELES OCTOBER 16 Rapper Ma
**Superstock**
rights managed (project-license)
4407-2912

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2488

Lightbox

Active lightbox | Shopping Cart

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2254

BOSTON DECEMBER 03 Publisher and c
**Superstock**
rights managed (project-license)
4407-2518

BOSTON CIRCA 1980 Senator Ted Ken
**Superstock**
rights managed (project-license)
4407-2335

NEXT

page [    ] of 16    ◄ ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart





**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco

Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found.

page 13 of 16 Thumbnails per page: 100

LOS ANGELES AUGUST 28 Cast and cr
**Superstock**
rights managed (project-license)
4407-2772

SAN DIEGO OCTOBER 2005 Qualcomm
**Superstock**
rights managed (project-license)
4407-3827

LOS ANGELES FEBRUARY 28 Musicians
**Superstock**
rights managed (project-license)
4407-3176

LOS ANGELES AUGUST 15 Author Jane
**Superstock**
rights managed (project-license)
4407-3761

LOS ANGELES FEBRUARY 24 Actor Cha
**Superstock**
rights managed (project-license)
4407-3303

SAN FRANCISCO APRIL 15 Linux creat
**Superstock**
rights managed (project-license)
4407-3751

LOS ANGELES FEBRUARY 22 Rapper K
**Superstock**
rights managed (project-license)
4407-2852

LOS ANGELES August 08 Actress Bea
**Superstock**
rights managed (project-license)
4407-2766

SAN ANTONIO July 01 Country musicia
**Superstock**
rights managed (project-license)
4407-3447

LOS ANGELES APRIL 11 Actress Daryl
**Superstock**
rights managed (project-license)
4407-2727

LOS ANGELES CIRCA 1990 Musician Pa
**Superstock**
rights managed (project-license)
4407-2963

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3717

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES JANUARY 06 Actress Tea
**Superstock**
rights managed (project-license)
4407-3420

NEW YORK OCTOBER 02 Comedian Ro
**Superstock**
rights managed (project-license)
4407-3652

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2365

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2794

BOSTON JULY 04 Musician Sunny Ade
**Superstock**
rights managed (project-license)
4407-2571

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3054

BOSTON CIRCA 1980 Members of the
**Superstock**
rights managed (project-license)
4407-2282

NEW HAMPSHIRE FEBRUARY 24 Senat
**Superstock**
rights managed (project-license)
4407-2591

BOSTON 1984 Campaign for presidenti
**Superstock**
rights managed (project-license)
4407-3199

LOS ANGELES AUGUST 28 Writers Paul
**Superstock**
rights managed (project-license)
4407-2774

BOSTON MA CIRCA 1980 Punk rock ba
**Superstock**
rights managed (project-license)
4407-2321

NEW YORK OCTOBER 15 Musician Paul
**Superstock**
rights managed (project-license)
4407-3471

Lightbox

Active lightbox        Shopping Cart







BOSTON FEBRUARY 15 Senator Howar
**Superstock**
rights managed (project-license)
4407-2256

TEMPE AZ FEBRUARY 22 Presidential c
**Superstock**
rights managed (project-license)
4407-3378

BOSTON DECEMBER 14 Sen Edward M
**Superstock**
rights managed (project-license)
4407-2435

SAN DIEGO CA FEBRUARY 6 2001 Golf
**Superstock**
rights managed (project-license)
4407-3663

LOS ANGELES NOVEMBER 03 Ministry
**Superstock**
rights managed (project-license)
4407-3528

BOSTON DECEMBER 14 Sen Edward M
**Superstock**
rights managed (project-license)
4407-2436

LOS ANGELES OCTOBER 14 Author act
**Superstock**
rights managed (project-license)
4407-2641

LOS ANGELES AUGUST 05 Lead Singer
**Superstock**
rights managed (project-license)
4407-3613

NEW YORK MARCH 26 Musician Jane M
**Superstock**
rights managed (project-license)
4407-3747

LOS ANGELES SEPTEMBER 4 1997 Acto
**Superstock**
rights managed (project-license)
4407-3453

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3395

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3096

HILLSBOROUGH OR OCTOBER 25 Profe
**Superstock**
rights managed (project-license)
4407-2812

SAN FRANCISCO CIRCA 1991 Blues Gu
**Superstock**
rights managed (project-license)
4407-3037

NEW YORK APRIL 25 Family of the futu
**Superstock**
rights managed (project-license)
4407-3601

**Lightbox**

Active lightbox | Shopping Cart

FLANDERS NJ NOVEMBER 1982 Musicia
**Superstock**
rights managed (project-license)
4407-2512

LOS ANGELES MARCH 15 2000 Fighter
**Superstock**
rights managed (project-license)
4407-3599

LOS ANGELES NOVEMBER 22 Director .
**Superstock**
rights managed (project-license)
4407-3365

LOS ANGELES FEBRUARY 04 Actress Vi
**Superstock**
rights managed (project-license)
4407-3487

PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3546

LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3266

LOS ANGELES OCTOBER 13 Filmmaker
**Superstock**
rights managed (project-license)
4407-3766

EAST PROVIDENCE RI JANUARY 1981 I
**Superstock**
rights managed (project-license)
4407-2394

LOS ANGELES AUGUST 29 Director Jan
**Superstock**
rights managed (project-license)
4407-3338

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3814

LOS ANGELES MAY 19 Democratic pres
**Superstock**
rights managed (project-license)
4407-2749

LEO CARILLO STATE PARK CA OCTOBE
**Superstock**
rights managed (project-license)
4407-3357

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3799

Boston CIRCA 1980 Musician Nick Low
**Superstock**
rights managed (project-license)
4407-2284

LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3264

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES 1981 Comedians Tom A
**Superstock**
rights managed (project-license)
4407-2387

LOS ANGELES JULY 1993 Musician and
**Superstock**
rights managed (project-license)
4407-3166

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2487

BOSTON CIRCA 1982 Musicians Bernar
**Superstock**
rights managed (project-license)
4407-2459

CAMBRIDGE 1983 Harvard drama teac
**Superstock**
rights managed (project-license)
4407-2536

CAMBRIDGE 1983 Harvard drama teac
**Superstock**
rights managed (project-license)
4407-2523

LOS ANGELES MAY 25 Director and aut
**Superstock**
rights managed (project-license)
4407-3242

LOS ANGELES MARCH 27 Actress Shar
**Superstock**
rights managed (project-license)
4407-3427

LOS ANGELES CIRCA 1990 Portrait of a
**Superstock**
rights managed (project-license)
4407-2962

BOSTON MARCH 1985 Model Christie B
**Superstock**
rights managed (project-license)
4407-2621

BOSTON OCTOBER 1980 President Jim
**Superstock**
rights managed (project-license)
4407-2381

LOS ANGELES MAY 03 Actor Andy Garc
**Superstock**
rights managed (project-license)
4407-3435

LOS ANGELES CIRCA 1990 Actor Dudle
**Superstock**
rights managed (project-license)
4407-2957

CAMBRIDGE MA FEBRUARY 24 Singer I
**Superstock**
rights managed (project-license)
4407-2983

LOS ANGELES FEBRUARY 15 Actor Eric
**Superstock**
rights managed (project-license)
4407-2845

Lightbox

Active lightbox   |   Shopping Cart



NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3802



BOSTON 1984 Campaign for president
**Superstock**
rights managed (project-license)
4407-3204



LOS ANGELES CIRCA 1990 Actress The
**Superstock**
rights managed (project-license)
4407-2948



LOS ANGELES CIRCA Anti Semitic docu
**Superstock**
rights managed (project-license)
4407-2694



LOS ANGELES JUNE 22 Want to be hea
**Superstock**
rights managed (project-license)
4407-2882

LOS ANGELES CIRCA 1991 Actor and c
**Superstock**
rights managed (project-license)
4407-3047



HYANNIS PORT MA MAY 06 Actor Marti
**Superstock**
rights managed (project-license)
4407-2551



LOS ANGELES SEPTEMBER 06 Actress
**Superstock**
rights managed (project-license)
4407-2890



LOS ANGELES CIRCA 1991 Boxer Jim E
**Superstock**
rights managed (project-license)
4407-3051



LOS ANGELES APRIL 11 Actor David Sc
**Superstock**
rights managed (project-license)
4407-3321



BOSTON CIRCA 1980 Punk band acute
**Superstock**
rights managed (project-license)
4407-2288



PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3547



HYANNIS PORT MA JULY 22 Rose Kenn



LOS ANGELES JULY 29 Radio personali

LOS ANGELES SEPTEMBER 06 Band Mc

**Lightbox**

Active lightbox    |    Shopping Cart





**Superstock**
rights managed (project-license)
4407-2359

**Superstock**
rights managed (project-license)
4407-3576

**Superstock**
rights managed (project-license)
4407-2893

LOS ANGELES 1991 Comedian Cheech
**Superstock**
rights managed (project-license)
4407-3024

LAS VEGAS 1993 Performer Mary Wilsc
**Superstock**
rights managed (project-license)
4407-3168

BOSTON CIRCA 1987 Musician Fiona Fl
**Superstock**
rights managed (project-license)
4407-2646

RANCHO MIRAGE CA FEBRUARY 11 Pre
**Superstock**
rights managed (project-license)
4407-3142

LOS ANGELES AUGUST 24 Producer Lir
**Superstock**
rights managed (project-license)
4407-3008

LOS ANGELES NOVEMBER 22 Screenwı
**Superstock**
rights managed (project-license)
4407-3290

LOS ANGELES APRIL 11 Actor Sean Co
**Superstock**
rights managed (project-license)
4407-2726

LOS ANGELES JUNE 07 Vice President
**Superstock**
rights managed (project-license)
4407-2759

LOS ANGELES FEBRUARY 22 Musician I
**Superstock**
rights managed (project-license)
4407-2863

LOS ANGELES SEPTEMBER 4 1997 Actc
**Superstock**
rights managed (project-license)
4407-3455

LOS ANGELES MARCH 24 Actress Morg
**Superstock**
rights managed (project-license)
4407-2871

LOS ANGELES SEPTEMBER 19 Actor Ma
**Superstock**
rights managed (project-license)
4407-3278

Lightbox

Active lightbox | Shopping Cart

HYANNIS PORT MA AUGUST 21 David I
**Superstock**
rights managed (project-license)
4407-2415

HYANNISPORT MA AUGUST 21 Sen Edw
**Superstock**
rights managed (project-license)
4407-2417

LOS ANGELES OCTOBER 28 Wine cella
**Superstock**
rights managed (project-license)
4407-3191

NEXT

page [    ] of 16  ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select. Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart









**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco Submit Query Rights Managed ☑ Royalty Free ☐ Illustrations only ☐

**Advanced search**

**Refine search**

Number of people
Age
Gender
Ethnicity
Composition
Concepts
View point

"Michael Grecco " > 1549 Results found. page 14 of 16 Thumbnails per page: 100

LOS ANGELES AUGUST 24 Actor Burt F
**Superstock**
rights managed (project-license)
4407-3009

NEW YORK OCTOBER 15 Musician Paul
**Superstock**
rights managed (project-license)
4407-3469

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3615

LOS ANGELES JUNE 28 Actors Jason Pr
**Superstock**
rights managed (project-license)
4407-3106

LOS ANGELES MARCH 19 Actor Patrick
**Superstock**
rights managed (project-license)
4407-2712

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3786

ATLANTIC CITY NJ JULY 21 Entertainer
**Superstock**
rights managed (project-license)
4407-2764

LOS ANGELES MARCH 09 Journalist Ma
**Superstock**
rights managed (project-license)
4407-3784

BOSTON CIRCA 1980 Members of the ;
**Superstock**
rights managed (project-license)
4407-2300

LOS ANGELES MAY 19 Democratic pres
**Superstock**
rights managed (project-license)
4407-2750

LOS ANGELES CIRCA 1990 Pacman ga
**Superstock**
rights managed (project-license)
4407-2966

LOS ANGELES JULY 11 Actor Michael M
**Superstock**
rights managed (project-license)
4407-3328

**Lightbox**

Active lightbox | Shopping Cart

PROVIDENCE RI JUNE 09 Son of Rober
**Superstock**
rights managed (project-license)
4407-2556

BOSTON SEPTEMBER 1981 Members o
**Superstock**
rights managed (project-license)
4407-2427

LOS ANGELES NOVEMBER 01 Author a
**Superstock**
rights managed (project-license)
4407-3362

LOS ANGELES AUGUST 24 Producer Lir
**Superstock**
rights managed (project-license)
4407-3010

LOS ANGELES CA SEPTEMBER 7 1988
**Superstock**
rights managed (project-license)
4407-2800

EAST PROVIDENCE RI JANUARY 1981 I
**Superstock**
rights managed (project-license)
4407-2401

FLANDERS NJ NOVEMBER 1982 Musicia
**Superstock**
rights managed (project-license)
4407-2515

BOSTON MA CIRCA 1980 Members of t
**Superstock**
rights managed (project-license)
4407-2313

LOS ANGELES JUNE 06 Executive for JI
**Superstock**
rights managed (project-license)
4407-3082

LOS ANGELES JANUARY 27 Musician M
**Superstock**
rights managed (project-license)
4407-2837

DALLAS DECEMBER 29 Boston College
**Superstock**
rights managed (project-license)
4407-2601

LOS ANGELES NOVEMBER 16 Actor Lav
**Superstock**
rights managed (project-license)
4407-3195

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES MAY 26 Actor and footba
**Superstock**
rights managed (project-license)
4407-2878

LOS ANGELES OCTOBER 26 Actress Vi
**Superstock**
rights managed (project-license)
4407-3674

WEST NEWTON MA JUNE 25 Patrick Ke
**Superstock**
rights managed (project-license)
4407-2566

LOS ANGELES CIRCA 1990 Actress Vict
**Superstock**
rights managed (project-license)
4407-3022

PROVIDENCE RHODE ISLAND JUNE 10
**Superstock**
rights managed (project-license)
4407-2628

HONDURAS MAY 04 Individuals in a ret
**Superstock**
rights managed (project-license)
4407-3225

LOS ANGELES MARCH 01 Comedian an
**Superstock**
rights managed (project-license)
4407-2988

LOS ANGELES SEPTEMBER 1987 Illusic
**Superstock**
rights managed (project-license)
4407-2670

LAS VEGAS SEPTEMBER 02 Basketball
**Superstock**
rights managed (project-license)
4407-3584

1991 LOS ANGELES Musician Daniel As
**Superstock**
rights managed (project-license)
4407-3053

LOS ANGELES APRIL 11 Makeup artist
**Superstock**
rights managed (project-license)
4407-2725

LOS ANGELES SEPTEMBER 02 Actor Ja
**Superstock**
rights managed (project-license)
4407-3813

LOS ANGELES JANUARY 31 Students le
**Superstock**
rights managed (project-license)
4407-2840

BOSTON APRIL 19 Anti neutron bomb
**Superstock**
rights managed (project-license)
4407-2489

LOS ANGELES NOVEMBER 12 Director
**Superstock**
rights managed (project-license)
4407-3121

**Lightbox**

Active lightbox | Shopping Cart

REDMOND WA AUGUST 14 President of
**Superstock**
rights managed (project-license)
4407-3616

LOS ANGELES OCTOBER 12 1994 Mode
**Superstock**
rights managed (project-license)
4407-3285

LOS ANGELES NOVEMBER 27 1989 Act
**Superstock**
rights managed (project-license)
4407-2918

LOS ANGELES FEBRUARY 06 An emplo
**Superstock**
rights managed (project-license)
4407-2705

LOS ANGELES 1991 Comedian Bobcat
**Superstock**
rights managed (project-license)
4407-3044

BOSTON CIRCA 1980 Members of the
**Superstock**
rights managed (project-license)
4407-2343

LOS ANGELES OCTOBER 1 1987 A 59
**Superstock**
rights managed (project-license)
4407-2672

LOS ANGELES 1988 Anchor Peter Jenn
**Superstock**
rights managed (project-license)
4407-2689

BERKSHIRE MA CIRCA 1978 Bob Marle
**Superstock**
rights managed (project-license)
4407-2249

LOS ANGELES NOVEMBER 13 Boxer Ma
**Superstock**
rights managed (project-license)
4407-3685

LOS ANGELES OCTOBER 11 Musician
**Superstock**
rights managed (project-license)
4407-2680

LOS ANGELES OCTOBER 20 Executive
**Superstock**
rights managed (project-license)
4407-3474

LONDON JANUARY 18 Businessman Ric
**Superstock**
rights managed (project-license)
4407-3211

LOS ANGELES DECEMBER 04 Actor Sta
**Superstock**
rights managed (project-license)
4407-3368

NEW YORK JUNE 12 Folk singer Linda
**Superstock**
rights managed (project-license)
4407-2503

Lightbox

Active lightbox    Shopping Cart



LOS ANGELES JANUARY 26 Actor Matth
**Superstock**
rights managed (project-license)
4407-3483

BOSTON MARCH 13 Democratic presid
**Superstock**
rights managed (project-license)
4407-2596

LOS ANGELES APRIL 11 Actor Bernard
**Superstock**
rights managed (project-license)
4407-2733

BOSTON CIRCA 1980 Musician Warren
**Superstock**
rights managed (project-license)
4407-2289

LOS ANGELES APRIL 1987 Investment
**Superstock**
rights managed (project-license)
4407-2650

LOS ANGELES FEBRUARY 28 Musicians
**Superstock**
rights managed (project-license)
4407-3177

LOS ANGELES FEBRUARY 24 1987 Sing
**Superstock**
rights managed (project-license)
4407-2649

LOS ANGELES APRIL 16 Director Craig
**Superstock**
rights managed (project-license)
4407-3690

LOS ANGELES SEPTEMBER 27 Baseball
**Superstock**
rights managed (project-license)
4407-3460

Cambridge MA NOVEMBER 01 Compos
**Superstock**
rights managed (project-license)
4407-2268

SANTA BARBARA CA 1991 Author Judit
**Superstock**
rights managed (project-license)
4407-3031

LOS ANGELES SEPTEMBER 1985 Boxin
**Superstock**
rights managed (project-license)
4407-2632

LOS ANGELES FEBRUARY 1987 Membe
**Superstock**
rights managed (project-license)
4407-2648

LOS ANGELES SEPTEMBER 07 Comedi
**Superstock**
rights managed (project-license)
4407-2375

STOCKTON CA JUNE 22 The band En V
**Superstock**
rights managed (project-license)
4407-3102

Lightbox

Active lightbox    |    Shopping Cart



NEW YORK APRIL 25 2000 Family of th
**Superstock**
rights managed (project-license)
4407-3602

LOS ANGELES APRIL 07 Actor John C M
**Superstock**
rights managed (project-license)
4407-3791

LOS ANGELES FEBRUARY 27 Actress D
**Superstock**
rights managed (project-license)
4407-2986

NEW YORK FEBRUARY 05 Radio person
**Superstock**
rights managed (project-license)
4407-3688

LOS ANGELES NOVEMBER 27 1989 Act
**Superstock**
rights managed (project-license)
4407-2919

LOS ANGELES NOVEMBER 22 Comedia
**Superstock**
rights managed (project-license)
4407-3125

LOS ANGELES NOVEMBER 07 Playwrigl
**Superstock**
rights managed (project-license)
4407-3158

BOSTON JANUARY 1981 Ramones Bas
**Superstock**
rights managed (project-license)
4407-2400

LOS ANGELES JUNE 1988 Game show
**Superstock**
rights managed (project-license)
4407-2752

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2613

LOS ANGELES FEBRUARY 19 Talk show
**Superstock**
rights managed (project-license)
4407-3592

LOS ANGELES OCTOBER 04 Actress Di
**Superstock**
rights managed (project-license)
4407-3119

NASHVILLE OCTOBER 26 Country musi

LOS ANGELES MARCH 08 Director Que

BOSTON CIRCA 1983 Stuart Adamson

**Lightbox**

Active lightbox    |    Shopping Cart

**Superstock**
rights managed (project-license)
4407-3360

**Superstock**
rights managed (project-license)
4407-3305

**Superstock**
rights managed (project-license)
4407-2541

LOS ANGELES OCTOBER 21 Actor Hale
**Superstock**
rights managed (project-license)
4407-3589

LOS ANGELES CIRCA 1990 Actor Jame
**Superstock**
rights managed (project-license)
4407-2943

LOS ANGELES OCTOBER 21 Actor Hale
**Superstock**
rights managed (project-license)
4407-3587

LOS ANGELES AUGUST 15 Film produc
**Superstock**
rights managed (project-license)
4407-3760

LOS ANGELES JUNE 02 Comedian Bud
**Superstock**
rights managed (project-license)
4407-3154

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2362

LOS ANGELES JANUARY 26 Actor Mattl
**Superstock**
rights managed (project-license)
4407-3481

BOSTON CIRCA 1985 Members of the l
**Superstock**
rights managed (project-license)
4407-2603

SEABROOK NH JUNE 1978 Musician Jai
**Superstock**
rights managed (project-license)
4407-2257

BOSTON CIRCA 1981 Singer Rick Ocac
**Superstock**
rights managed (project-license)
4407-2391

BOSTON SEPTEMBER 1981 Members o
**Superstock**
rights managed (project-license)
4407-2429

LOS ANGELES DECEMBER 23 Singer Pa
**Superstock**
rights managed (project-license)
4407-3165

**Lightbox**

Active lightbox | Shopping Cart





HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2364

LOS ANGELES JUNE 20 Members of the
**Superstock**
rights managed (project-license)
4407-3094

LOS ANGELES FEBRUARY 21 Actor Ada
**Superstock**
rights managed (project-license)
4407-3596

NEXT

page [    ] of 16   ◄  ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
or try **Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart







Premium royalty free stock images and stock photos | Stock Photography & Stock Photos

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco | Submit Query | Rights Managed ☑ | Royalty Free ☐ | Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found. page 15 of 16 Thumbnails per page: 100

NEW HAMPSHIRE FEBRUARY 24 Senat
**Superstock**
rights managed (project-license)
4407-2588

LOS ANGELES OCTOBER 29 Entertaine
**Superstock**
rights managed (project-license)
4407-3676

WEST NEWTON MA JUNE 25 L R Edwar
**Superstock**
rights managed (project-license)
4407-2565

HYANNIS PORT MA JULY 22 Rose Kenn
**Superstock**
rights managed (project-license)
4407-2361

LOS ANGELES OCTOBER 09 1998 Acto
**Superstock**
rights managed (project-license)
4407-3525

FRAMINGHAM MA APRIL 01 Newly mar
**Superstock**
rights managed (project-license)
4407-2484

LOS ANGELES SEPTEMBER 7 Actress C
**Superstock**
rights managed (project-license)
4407-2807

LOS ANGELES JANUARY 01 Actor Beau
**Superstock**
rights managed (project-license)
4407-3480

HYANNISPORT MA JULY 22 1980 Rose
**Superstock**
rights managed (project-license)
4407-2434

LOS ANGELES FEBRUARY 1 Actress Te
**Superstock**
rights managed (project-license)
4407-3778

LOS ANGELES DECEMBER 19 1998 Act
**Superstock**
rights managed (project-license)
4407-3535

LOS ANGELES FEBRUARY 27 Actress D
**Superstock**
rights managed (project-license)
4407-2985

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES SEPTEMBER 07 Comedia
**Superstock**
rights managed (project-license)
4407-2374

BOSTON 1980 Members of the band th
**Superstock**
rights managed (project-license)
4407-2291

LOS ANGELES MAY 21 Actress Leah Re
**Superstock**
rights managed (project-license)
4407-3568

LOS ANGELES MARCH 13 Author Walte
**Superstock**
rights managed (project-license)
4407-3220

NEW YORK JUNE 25 2004 Singer Jane
**Superstock**
rights managed (project-license)
4407-3805

PROVIDENCE CIRCA 1979 John Kenne
**Superstock**
rights managed (project-license)
4407-2274

LOS ANGELES FEBRUARY 22 Singer an
**Superstock**
rights managed (project-license)
4407-2859

BOSTON CIRCA 1980 Musician Warren
**Superstock**
rights managed (project-license)
4407-2307

SEATTLE AUGUST 16 Basketball player
**Superstock**
rights managed (project-license)
4407-3811

LOS ANGELES APRIL 11 Actress Cher h
**Superstock**
rights managed (project-license)
4407-2653

LOS ANGELES NOVEMBER 1989 Radica
**Superstock**
rights managed (project-license)
4407-2915

BOSTON JULY 04 Musician Sunny Ade
**Superstock**
rights managed (project-license)
4407-2569

**Lightbox**

Active lightbox | Shopping Cart

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3270

LOS ANGELES FEBRUARY 22 Singer Sii
**Superstock**
rights managed (project-license)
4407-2860

BOSTON 1983 Members of the band Ma
**Superstock**
rights managed (project-license)
4407-2542

BOSTON FEBRUARY 28 Politician Gary
**Superstock**
rights managed (project-license)
4407-2595

LOS ANGELES JUNE 05 TV personality
**Superstock**
rights managed (project-license)
4407-3502

NASHVILLE OCTOBER 26 Country musi
**Superstock**
rights managed (project-license)
4407-3359

LOS ANGELES SEPTEMBER 4 1997 Actr
**Superstock**
rights managed (project-license)
4407-3458

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3255

LOS ANGELES JULY 22 Location scout a
**Superstock**
rights managed (project-license)
4407-3755

LOS ANGELES SEPTEMBER 26 Model pc
**Superstock**
rights managed (project-license)
4407-3764

LOS ANGELES APRIL 02 Adult film star
**Superstock**
rights managed (project-license)
4407-3428

LOS ANGELES SEPTEMBER 7 Actress C
**Superstock**
rights managed (project-license)
4407-2801

LOS ANGELES JULY 29 Radio talk show
**Superstock**
rights managed (project-license)
4407-3581

LOS ANGELES OCTOBER 1987 Actress
**Superstock**
rights managed (project-license)
4407-3465

LOS ANGELES MAY 25 Actor Morgan Fr
**Superstock**
rights managed (project-license)
4407-3793

**Lightbox**

Active lightbox | Shopping Cart

Case 1:18-cv-00902-MN    Document 14-1    Filed 09/11/19    Page 128 of 138 PageID #: 610



LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3639

HYANNIS PORT MA JULY 19 Maria Shri
**Superstock**
rights managed (project-license)
4407-2638

LOS ANGELES JULY 8 Actor Johnny De
**Superstock**
rights managed (project-license)
4407-3252

LOS ANGELES 1991 Actress Morgan Fa
**Superstock**
rights managed (project-license)
4407-3050

LOS ANGELES MAY 17 Actress Pamela
**Superstock**
rights managed (project-license)
4407-3232

BOSTON MAY 3 1982 Newsman Henry
**Superstock**
rights managed (project-license)
4407-2494

BOSTON CIRCA 1980 Lead guitarist Po
**Superstock**
rights managed (project-license)
4407-2303

FRAMINGHAM MA APRIL 01 Auto trans
**Superstock**
rights managed (project-license)
4407-2483

LOS ANGELES JUNE 06 Actor Keanu Re
**Superstock**
rights managed (project-license)
4407-3083

BOSTON CIRCA 1983 Singer Laura Bra
**Superstock**
rights managed (project-license)
4407-2538

BOSTON CIRCA 1982 Bernard Sumner
**Superstock**
rights managed (project-license)
4407-2468

LOS ANGELES AUGUST 08 Actor Peter
**Superstock**
rights managed (project-license)
4407-2768

LOS ANGELES MAY 21 Actress Leah Re
**Superstock**
rights managed (project-license)
4407-3571

BOSTON OCTOBER 24 Saxophonist Son
**Superstock**
rights managed (project-license)
4407-2264

LOS ANGELES OCTOBER 26 Actress Ke
**Superstock**
rights managed (project-license)
4407-3675

Lightbox

Active lightbox    Shopping C



HYANNIS PORT MA JULY 19 Maria Shri
**Superstock**
rights managed (project-license)
4407-2639

LOS ANGELES FEBRUARY 04 Actress V
**Superstock**
rights managed (project-license)
4407-3489

BOSTON CIRCA 1982 Members of the I
**Superstock**
rights managed (project-license)
4407-2455

LOS ANGELES SEPTEMBER 19 Actor Ma
**Superstock**
rights managed (project-license)
4407-3279

BOSTON JULY 27 Unemployed individu
**Superstock**
rights managed (project-license)
4407-2505

BOSTON FEBRUARY 22 Actor Robert Re
**Superstock**
rights managed (project-license)
4407-2476

LOS ANGELES APRIL 10 Variety column
**Superstock**
rights managed (project-license)
4407-2719

LOS ANGELES JULY 11 Actor Michael M
**Superstock**
rights managed (project-license)
4407-3329

LOS ANGELES JANUARY 6 Actress Tea
**Superstock**
rights managed (project-license)
4407-3421

PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3550

FLANDERS NJ NOVEMBER 1982 Musicia
**Superstock**
rights managed (project-license)
4407-2514

LOS ANGELES MAY 05 Basketball leger
**Superstock**
rights managed (project-license)
4407-3497

ORLANDO FEBRUARY 15 Catcher for th
**Superstock**
rights managed (project-license)
4407-3217

LONG BEACH APRIL 15 1999 Formula (
**Superstock**
rights managed (project-license)
4407-3567

LOS ANGELES CIRCA 1990 Actor Kelse
**Superstock**
rights managed (project-license)
4407-2954

Lightbox

Active lightbox    |    Shopping Cart







LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3695

LOS ANGELES 1984 Musician Adam acı
**Superstock**
rights managed (project-license)
4407-2582

LAS VEGAS 1993 Performer Mary Wilsc
**Superstock**
rights managed (project-license)
4407-3172

LOS ANGELES SEPTEMBER 06 Robert S
**Superstock**
rights managed (project-license)
4407-2895

LOS ANGELES JANUARY 26 Actor Mattl
**Superstock**
rights managed (project-license)
4407-3484

BOSTON 1985 Musician Aimee Mann of
**Superstock**
rights managed (project-license)
4407-2602

SAN ANTONIO July 01 Country musicia
**Superstock**
rights managed (project-license)
4407-3446

LOS ANGELES 1991 Director and produ
**Superstock**
rights managed (project-license)
4407-3018

SANTA BARBARA CA FEBRUARY 02 Che
**Superstock**
rights managed (project-license)
4407-2844

LOS ANGELES JUNE 1988 Actress and
**Superstock**
rights managed (project-license)
4407-2754

BOSTON CIRCA 1982 Singer songwrite
**Superstock**
rights managed (project-license)
4407-2457

LOS ANGELES AUGUST 28 Actor Chris
**Superstock**
rights managed (project-license)
4407-3273

LOS ANGELES CIRCA 1990 Actress Pat

LOS ANGELES JUNE 25 Actor and direc

LOS ANGELES MAY 17 Architect Frank

**Lightbox**

Active lightbox | Shopping Cart

**Superstock**
rights managed (project-license)
4407-2934

**Superstock**
rights managed (project-license)
4407-3184

**Superstock**
rights managed (project-license)
4407-3233

LOS ANGELES JANUARY 25 1991 Actor
**Superstock**
rights managed (project-license)
4407-3061

PALO ALTO CA OCTOBER 11 Software
**Superstock**
rights managed (project-license)
4407-3409

LOS ANGELES NOVEMBER 13 Boxer Eri
**Superstock**
rights managed (project-license)
4407-3682

LOS ANGELES CIRCA 1990 Actress Sea
**Superstock**
rights managed (project-license)
4407-2965

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3644

BOSTON CIRCA 1980 Members of the b
**Superstock**
rights managed (project-license)
4407-2336

LOS ANGELES 1981 Comedian Roseanı
**Superstock**
rights managed (project-license)
4407-2393

LOS ANGELES SEPTEMBER 07 Member
**Superstock**
rights managed (project-license)
4407-2806

MOUNTAIN VIEW CA OCTOBER 22 Goo
**Superstock**
rights managed (project-license)
4407-3710

LOS ANGELES JUNE 07 Actor Shawn Ca
**Superstock**
rights managed (project-license)
4407-2662

IRVINE CA MAY 14 Olympic swimmer A
**Superstock**
rights managed (project-license)
4407-3392

LOS ANGELES APRIL 11 Actress Olymp
**Superstock**
rights managed (project-license)
4407-2724

**Lightbox**

Active lightbox | Shopping Cart

BOSTON MARCH 1985 Model Christie B
**Superstock**
rights managed (project-license)
4407-2623

LOS ANGELES MARCH 05 Actor Val Kilm
**Superstock**
rights managed (project-license)
4407-2748

LOS ANGELES 1991 Director and produ
**Superstock**
rights managed (project-license)
4407-3040

NEXT

page [    ] of 16   ◄ ►

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, **travel stock photography**, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography** , and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** Photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

Lightbox

Active lightbox    |    Shopping Cart    ⌃











**Premium royalty free stock images and stock photos** | **Stock Photography & Stock Photos**

English

login New registration Shopping Cart(0)

Multicultural Creative Editorial Video Music Subscription Microstock CDs

Michael Grecco | Submit Query | Rights Managed ☑ | Royalty Free ☐ | Illustrations only ☐

**Advanced search**

**Refine search**

- Number of people
- Age
- Gender
- Ethnicity
- Composition
- Concepts
- View point

"Michael Grecco " > 1549 Results found. page 16 of 16 Thumbnails per page: 100

LOS ANGELES DECEMBER 06 Hockey p
**Superstock**
rights managed (project-license)
4407-2926

LOS ANGELES 1990 Singer Gene Autry
**Superstock**
rights managed (project-license)
4407-2967

BOSTON CIRCA 1980 Opera singer Luc
**Superstock**
rights managed (project-license)
4407-2309

Redmond WA August 14 2000 Microsof
**Superstock**
rights managed (project-license)
4407-3624

LOS ANGELES SEPTEMBER 20 Actor ar
**Superstock**
rights managed (project-license)
4407-3351

BOSTON CIRCA 1985 Member of the b
**Superstock**
rights managed (project-license)
4407-2605

TENNESSEE MAY 19 Musician Johnny C
**Superstock**
rights managed (project-license)
4407-3238

BOSTON CIRCA 1980 Opera singer Luc
**Superstock**
rights managed (project-license)
4407-2293

LOS ANGELES MAY 02 Singer Robert P
**Superstock**
rights managed (project-license)
4407-2744

NEW YORK OCTOBER 27 Musician Chri
**Superstock**
rights managed (project-license)
4407-3526

ORLANDO CIRCA 1994 A red Lamborg
**Superstock**
rights managed (project-license)
4407-3200

LOS ANGELES JANUARY 08 Actress Hel
**Superstock**
rights managed (project-license)
4407-3137

**Lightbox**

Active lightbox | Shopping Cart

BOSTON 1982 Musician Nona Hendrix
**Superstock**
rights managed (project-license)
4407-2454

LOS ANGELES OCTOBER 04 Actor Leor
**Superstock**
rights managed (project-license)
4407-3280

BOSTON CIRCA 1980 Singer and actre:
**Superstock**
rights managed (project-license)
4407-2306

BOSTON 1983 Members of the band D
**Superstock**
rights managed (project-license)
4407-2529

LOS ANGELES CIRCA 1990 Actor Dudle
**Superstock**
rights managed (project-license)
4407-2975

LOS ANGELES FEBRUARY 23 1996 Actr
**Superstock**
rights managed (project-license)
4407-3380

LOS ANGELES 1991 Actress Amanda D
**Superstock**
rights managed (project-license)
4407-3027

BOSTON SEPTEMBER 1981 Members o
**Superstock**
rights managed (project-license)
4407-2428

LOS ANGELES JULY 22 Location scout
**Superstock**
rights managed (project-license)
4407-3754

SAN FRANCISCO SEPTEMBER 24 Dusty
**Superstock**
rights managed (project-license)
4407-3649

LOS ANGELES 1991 Actor Leonardo Di
**Superstock**
rights managed (project-license)
4407-3056

BOSTON 1985 Members of the band ac
**Superstock**
rights managed (project-license)
4407-2615

**Lightbox**

Active lightbox | Shopping Cart

SEBRING FL APRIL 1994 Chairman and
**Superstock**
rights managed (project-license)
4407-3224

LOS ANGELES JANUARY 08 Actress He
**Superstock**
rights managed (project-license)
4407-3140

LOS ANGELES FEBRUARY 22 Singer Na
**Superstock**
rights managed (project-license)
4407-2868

LOS ANGELES SEPTEMBER 13 Author S
**Superstock**
rights managed (project-license)
4407-3630

LOS ANGELES JULY 21 Actor Woody Ha
**Superstock**
rights managed (project-license)
4407-3265

LOS ANGELES JUNE 1987 Actor Adam
**Superstock**
rights managed (project-license)
4407-3002

BOSTON 1983 Actor Roscoe Lee Brown
**Superstock**
rights managed (project-license)
4407-2527

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3635

SAN FRANCISCO NOVEMBER 07 2002
**Superstock**
rights managed (project-license)
4407-3734

LOS ANGELES FEBRUARY 16 Women a
**Superstock**
rights managed (project-license)
4407-3540

LOS ANGELES DECEMBER 1988 Actres
**Superstock**
rights managed (project-license)
4407-2818

LOS ANGELES SEPTEMBER 1988 Little
**Superstock**
rights managed (project-license)
4407-2778

LOS ANGELES JANUARY 25 Entertainer
**Superstock**
rights managed (project-license)
4407-2696

LOS ANGELES CIRCA 1988 Anti Semiti
**Superstock**
rights managed (project-license)
4407-2688

LOS ANGELES MARCH 27 Actor Patrick
**Superstock**
rights managed (project-license)
4407-3146

**Lightbox**

Active lightbox | Shopping Cart

NEW YORK JUNE 25 Singer Jane Monhe
**Superstock**
rights managed (project-license)
4407-3806

SAN DIEGO JUNE 11 Spiritual author a
**Superstock**
rights managed (project-license)
4407-3394

LOS ANGELES FEBRUARY 22 Blues mu:
**Superstock**
rights managed (project-license)
4407-2848

LOS ANGELES JULY 26 Actress Kristina
**Superstock**
rights managed (project-license)
4407-3698

BOSTON CIRCA 1984 Guitarist Joe Peri
**Superstock**
rights managed (project-license)
4407-2586

LOS ANGELES 1990 Writer and directo
**Superstock**
rights managed (project-license)
4407-2951

ORLANDO FEBRUARY 15 Catcher for th
**Superstock**
rights managed (project-license)
4407-3215

NEW YORK 1993 Entrepreneur and co
**Superstock**
rights managed (project-license)
4407-3171

HYANNIS PORT MA MAY 06 Actor Marti
**Superstock**
rights managed (project-license)
4407-2553

LOS ANGELES JULY 22 Heavy Metal far
**Superstock**
rights managed (project-license)
4407-2884

LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3643

LOS ANGELES OCTOBER 14 Author act
**Superstock**
rights managed (project-license)
4407-2642

LOS ANGELES MAY 19 Writer and prod
**Superstock**
rights managed (project-license)
4407-3078

LOS ANGELES MARCH 15 2000 Fighter
**Superstock**
rights managed (project-license)
4407-3598

VANCOUVER MARCH 10 Actors Gillian /
**Superstock**
rights managed (project-license)
4407-3314

**Lightbox**

Active lightbox | Shopping Cart

PEORIA AZ FEBRUARY 19 San Diego Pa
**Superstock**
rights managed (project-license)
4407-3548



LOS ANGELES JUNE 23 Actor Rip Torn
**Superstock**
rights managed (project-license)
4407-3245



SAN DIEGO NOVEMBER 11 Golf wear d
**Superstock**
rights managed (project-license)
4407-3774





LONG BEACH APRIL 15 Formula One dr
**Superstock**
rights managed (project-license)
4407-3565



LOS ANGELES JUNE 1988 Actress and
**Superstock**
rights managed (project-license)
4407-2756



LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3640





LOS ANGELES SEPTEMBER 16 Actress
**Superstock**
rights managed (project-license)
4407-3636

NEW YORK OCTOBER 02 Comedian Ro
**Superstock**
rights managed (project-license)
4407-3650

LOS ANGELES APRIL 10 Poor families s
**Superstock**
rights managed (project-license)
4407-2872





HYANNIS PORT MA AUGUST 21 Senato
**Superstock**
rights managed (project-license)
4407-2414



page [     ] of 16  ◄

about us    license information    terms & conditions*    faq    searches    contact us    partners    blog    rewards    chat

stock photography

need assistance?
**+1 786 708 0934**
**or try Chat!**

**Glow Images** is a full service premium producer and distributor of royalty free and rights managed stock photography with over 15 million high resolution digital stock photos and illustrations available for immediate download. **Need help?** Our photo research and customer service, sales and solutions team is ready to serve you. Our online stock photography library includes **multicultural and multiethnic** stock photography, nature, animals, pets, wildlife, holidays, lifestyle, business, families, kids, children, active seniors, baby boomers, objects, concepts, science, still life, home and office interiors, architectural images, food photography, **medical stock photography**, and much more at prices to meet every budget. Search our Royalty Free, Rights Managed, **Subscription Stock images and photograpy** , **Marketplace Microstock** photography Collection and Illustrations Collections. **Glowimages advanced online stock search functionality** uses a patented algorithm to quickly sort through millions of photos and illustrations to help you find you the perfect images that best match your criteria. If you are looking for stock photography, stock photos, images, stock pictures, digital images, high resolution images - you've come to the right place! Search, purchase and download images online. All images are protected by copyright and are

Case 1:18-cv-00902-MN Document 14-1 Filed 09/11/19 Page 138 of 138 PageID #: 620

licensed for commercial advertising, editorial or personal use according to the terms of the royalty free or rights managed license agreement you select.
Copyright © 2004-2010 **Glowimages**.

**Lightbox**

Active lightbox      Shopping Cart