IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-902 (MN) ) |
| GLOWIMAGES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, at the conclusion of a hearing held on March 27, 2020, Magistrate Judge Hall announced her Report and Recommendation ("the Report") from the Bench, that was later memorialized in writing and docketed on April 6, 2020 (D.I. 24), in this action, recommending that the Court grant Plaintiff's Motion for Default Judgment (D.I. 14);

WHEREAS, the Report also recommended that the Court sign a proposed injunction set forth at D.I. 18 and issue it together with Exhibit A to the Complaint (D.I. 24 at 6);

WHEREAS, the Report further recommended that, once the Plaintiff submitted a form of judgment containing the terms set forth by Judge Hall, the Court sign the proposed Default Judgment (D.I. 22) (*see* D.I. 24 at 6);

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 14th day of April 2020 that the Report and Recommendation is ADOPTED. Defendant's Motion for Default Judgment (D.I. 14) is GRANTED. Consistent with the Report, the Court will sign and enter the Default Judgment and Permanent Injunction. The Clerk of Court is directed to CLOSE this case.

_____
The Honorable Maryellen Noreika
United States District Court Judge